Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-7604<br><br>**NOTICE OF ERRATA RE: COMPLAINT** |

NOTICE OF ERRATA RE: COMPLAINT

     PLEASE TAKE NOTICE that on September 8, 2025 Plaintiff Attaullah Baig filed his Complaint in this matter. (Dkt. 1.) In his filing, Plaintiff inadvertently omitted to include an exhibit: Plaintiff's OSHA Complaint.

     Plaintiff will re-file the corrected complaint to include the exhibit.

DATED: September 8, 2025       SCHONBRUN SEPLOW HARRIS
                                      HOFFMAN & ZELDES LLP

                                      */s/Wilmer J. Harris*
                                By: _____
                                      Wilmer J. Harris
                                      Amanda E. Johnson
                              *Attorneys for Plaintiff, Attaullah Baig*