Wilmer J. Harris (SB# 150407)
wharris@sshhzlaw.com
Amanda E. Johnson (SB# 342500)
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff*

Elena R. Baca (CA SB# 160564)
elenabaca@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>    Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 3:25-CV-07604<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS (ECF NO. 29)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: September 8, 2025<br>Trial Date: Not Set |

**TO THE HONORABLE COURT:**

Plaintiff Attaullah Baig ("Plaintiff") and Defendants Meta Platforms, Inc., Pinaki Mukerji, Mark Tsimelzon, Nitin Gupta, Will Cathcart and Mark Zuckerberg (collectively, "Defendants"), hereby stipulate to a modified briefing schedule for good cause as follows:

WHEREAS, on December 9, 2025, Defendants filed a motion pursuant to Federal Rule of Civil Procedure 12 (b)(6) for dismissal of Plaintiff's Complaint with prejudice (ECF No. 29) ("Motion");

WHEREAS, Defendants' Motion is set for hearing on February 24, 2026 at 2:00 pm;

WHEREAS, counsel for the parties discussed modifying the briefing schedule during their meet and confer discussions in connection with the joint case management conference statement;

WHEREAS, counsel for the parties agreed to the following briefing schedule:

1. Plaintiff will file his Opposition to Defendants' Motion by January 28, 2026.
2. Defendants shall file their Reply by February 18, 2026.

WHEREAS, good cause exists for modifying the briefing schedule to provide additional time for the parties to file their respective briefs associated with Defendants' Motion;

WHEREAS, good cause exists for modifying the briefing schedule is supported by the following: unavailability of counsel and parties over the upcoming holidays; counsel's other professional commitments, including Plaintiff's counsel's federal appellate brief in another matter due in the second week of January; and the complexity of the case and issues raised by Defendants' motion;

WHEREAS, the parties do not believe the modified briefing schedule sought here will prejudice any party or result in undue delays;

WHEREAS, the proposed briefing schedule allows adequate time for the completion of briefing in advance of the February 24, 2026 hearing on the Motion;

NOW, THEREFORE, the parties stipulate and agree as follows:

The parties respectfully request that the Court modify the briefing schedule in connection with Defendants' Motion (ECF No. 29) as follows:

- Deadline for Plaintiff's Opposition: January 28, 2026.

- Deadline for Defendants' Reply: February 18, 2026.

**IT IS SO STIPULATED AND AGREED.**

DATED: December 8, 2025

PLAINTIFF ATTAULLAH BAIG

*/s/ Amanda E. Johnson*

By: _____
    WILMER J. HARRIS
    AMANDA E. JOHNSON

Attorneys for Plaintiff

DATED: December 8, 2025

DEFENDANTS META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, NITIN GUPTA, WILL CATHCART, AND MARK ZUCKBERG.

*/s/ Elena R. Baca*

By: _____
    ELENA R. BACA
    Attorney for Defendants