Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>        Plaintiff,<br><br>    vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 4:25-cv-7604-YGR<br><br>**DECLARATION OF AMANDA E. JOHNSON IN RESPONSE TO COURT'S ORDER OF DECEMBER 15, 2025**<br><br>District Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: September 8, 2025<br>Trial Date:        Not Set |

DECLARATION OF AMANDA E. JOHNSON IN RESPONSE TO COURT'S ORDER OF DECEMBER 15, 2025

I, Amanda E. Johnson, declare as follows:

1.  I am an associate attorney at the law firm of Schonbrun Seplow Harris Hoffman & Zeldes LLP, and I am an attorney admitted to practice before this court. I am one of the attorneys of record for Plaintiff Attaullah Baig in this matter. The facts set forth in this Declaration are true and my own personal knowledge, except as to those made on information and belief. If called as a witness, I could and would testify competently under oath to the facts set forth herein.

2.  I make this declaration in response to the Court's December 15, 2025 Order (Dkt. 35).

3.  As directed by the Court, I  have read the Court's Standing Order in Civil Cases, updated November 13, 2025, and the specific requirements set forth in paragraph 3. I attest that I will make every effort to comply with its provisions.

4.  I apologize for to the Court for the error in requesting a deadline for Defendants' reply brief that was only three business days before the proposed hearing date.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on December 17, 2025 at South Pasadena, California.

*/s/ Amanda E. Johnson*

By: _____

Amanda E. Johnson