WILMER J. HARRIS (SBN 150407)
(wharris@sshhzlaw.com)
AMANDA E. JOHNSON (SBN 342500)
(ajohnson@sshhzlaw.com)
715 Fremont Avenue, Suite A
South Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

Attorneys for Plaintiff
*Attaullah Baig*

ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
KRISTEN ARABACI (SB# 341682)
kristenarabaci@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

META PLATFORMS, INC., PINAKI MUKERJI,
MARK TSIMELZON, NITIN GUPTA, WILL
CATHCART AND MARK ZUCKERBERG

*[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 4:25-CV-07604-YGR <br><br> [P~~ROPOSED~~] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE AND REVISED HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS (ECF NO. 29), AND ADDRESS PRELIMINARY DISCOVERY ISSUES <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br><br> Complaint filed: September 8, 2025 <br> Trial Date: Not Set |

1  PAUL C. EVANS (admitted *pro hac vice*)
   paulevans@paulhastings.com
2  JEFFREY A. STURGEON (admitted *pro hac vice*)
   jeffreysturgeon@paulhastings.com
3  DANIEL S. RICHARDS (admitted *pro hac vice*)
   danrichards@paulhastings.com
4  PAUL HASTINGS LLP
   200 Park Avenue
5  New York, NY 10166
   Telephone: 1(212) 318-6000
6
   Attorneys for Defendants
7  META PLATFORMS, INC., PINAKI MUKERJI,
   MARK TSIMELZON, NITIN GUPTA, WILL
8  CATHCART AND MARK ZUCKERBERG

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  4:25-CV-07604-YGR                    [PROPOSED] ORDER GRANTING
                                                JOINT STIPULATION

1

**[PROPOSED] ORDER**

2   Having reviewed the Parties' Joint Stipulation to Set Briefing Schedule and Revised
3   Hearing Date for Defendants' Motion to Dismiss and Address Preliminary Discovery Issues, and
4   finding good cause therefor, the Court hereby GRANTS the Stipulation and orders as follows:

5   1. Plaintiff shall file his Opposition to Defendants' Motion to Dismiss by Wednesday,
6   January 21, 2026.

7   2. Defendants shall file their Reply in Support of their Motion to Dismiss by
8   Wednesday, February 11, 2026.

9   3. Defendants' Motion to Dismiss shall be heard on Tuesday, March 3, 2026, or on a
10   date thereafter as determined by the Court.

11   4. Discovery will commence no earlier than Wednesday, January 28, 2026.

12   5. The parties are relieved of the obligation to comply with General Order 71 given the
13   complexity of this case and scope of the allegations.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 17, 2025

Hon. Yvonne Gonzalez Rogers
United States District Judge

Case No. 4:25-CV-07604-YGR   1   [PROPOSED] ORDER GRANTING JOINT STIPULATION