ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
KRISTEN ARABACI (SB# 341682)
kristenarabaci@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

PAUL C. EVANS (admitted *pro hac vice*)
paulevans@paulhastings.com
JEFFREY A. STURGEON (admitted *pro hac vice*)
jeffreysturgeon@paulhastings.com
DANIEL S. RICHARDS (admitted *pro hac vice*)
danrichards@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000

Attorneys for Defendants
META PLATFORMS, INC., PINAKI MUKERJI,
MARK TSIMELZON, NITIN GUPTA, WILL
CATHCART AND MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG, | CASE NO. 4:25-CV-07604-YGR |
| Plaintiff, | **CERTIFICATION OF PAUL C. EVANS** |
| vs. | |
| META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, NITIN GUPTA, WILL CATHCART AND MARK ZUCKERBERG, | |
| Defendants. | |

Pursuant to this Court's Order dated December 15, 2025 (ECF No. 35), I,

Paul C. Evans, hereby certify that I have read the Court's Standing Order in Civil

Cases updated November 13, 2025.

Dated:  December 18, 2025          By:_____

                                                     Paul C. Evans