| | |
|---|---|
| 1 | ELENA R. BACA (SB# 160564) |
| 2 | elenabaca@paulhastings.com<br>KRISTEN ARABACI (SB# 341682) |
| 3 | kristenarabaci@paulhastings.com<br>PAUL HASTINGS LLP |
| 4 | 515 South Flower Street<br>Twenty-Fifth Floor |
| 5 | Los Angeles, California 90071-2228<br>Telephone: 1(213) 683-6000 |
| 6 | Facsimile: 1(213) 627-0705 |
| 7 | PAUL C. EVANS (admitted *pro hac vice*)<br>paulevans@paulhastings.com |
| 8 | JEFFREY A. STURGEON (admitted *pro hac vice*)<br>jeffreysturgeon@paulhastings.com |
| 9 | DANIEL S. RICHARDS (admitted *pro hac vice*)<br>danrichards@paulhastings.com |
| 10 | PAUL HASTINGS LLP<br>200 Park Avenue |
| 11 | New York, NY 10166<br>Telephone: 1(212) 318-6000 |
| 12 | Attorneys for Defendants |
| 13 | META PLATFORMS, INC., PINAKI MUKERJI,<br>MARK TSIMELZON, NITIN GUPTA, WILL |
| 14 | CATHCART AND MARK ZUCKERBERG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG, | CASE NO. 4:25-CV-07604-YGR |
| Plaintiff, | **CERTIFICATION OF KRISTEN ARABACI** |
| vs. | |
| META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, NITIN GUPTA, WILL CATHCART AND MARK ZUCKERBERG, | |
| Defendants. | |

Pursuant to this Court's Order dated December 15, 2025 (ECF No. 35), I, Kristen Arabaci, hereby certify that I have read the Court's Standing Order in Civil Cases updated November 13, 2025.

Dated: December 18, 2025        By: *Kristen Arabaci*
                                    Kristen Arabaci