Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 324500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>               Plaintiff,<br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive, Defendants.<br><br>               Defendants. | Case No. 3:25-CV-07604<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO STAY FACT FINDING DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS**<br><br>Dage: January 27, 2026<br>Time: 2:00 p.m.<br>Crtm: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: September 8, 2025<br>Trial Date:  Not Set |

1       Plaintiff, Attaullah Baig, respectfully requests that the Court take judicial notice of the
2 following documents in support of Plaintiff's Opposition to Defendants' Motion to Stay
3 Discovery:

4       **Exhibit 1:** Commission Statement and Guidance on Public Company Cybersecurity
5 Disclosures ("Commission Statement"), 83 Fed. Reg. 8166, 8167 (Feb. 26, 2018).

6       **Exhibit 2:** Federal Trade Commission Order Modifying Prior Decision and Order, *In
7 re Facebook, Inc.*, 2020 FTC LEXIS 80 ("2020 Privacy Order").

8       Under Federal Rule of Evidence 201(b), judicial notice may be taken of facts that are not
9 in dispute either because they are (1) "generally known within the territorial jurisdiction of the
10 trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy
11 cannot be reasonably questioned. Fed. R. Evid. 201(b); Specifically, a court may take judicial
12 notice of publicly available official documents issued by Securities and Exchange Commission,
13 such as the Commission Statement. *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001),
14 (holding that courts may take judicial notice of public records, including government documents
15 and reports).

16       Judicial notice is also appropriate for administrative proceedings involving the Federal
17 Trade Commission ("FTC"). *Calhoun v. Google LLC*, 526 F. Supp. 3d 605, 617 (N.D. Cal. 2021),
18 (taking judicial notice of FTC Order).

19       For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice
20 of the documents in this judicial notice.

21

22 DATED: December 24, 2025           SCHONBRUN SEPLOW HARRIS
                                                HOFFMAN & ZELDES LLP
23

24                                                 */s/ Wilmer J. Harris*
                                    By: _____
25                                        Wilmer J. Harris
                                       Amanda E. Johnson
26                                      *Attorneys for Plaintiff, Attaullah Baig*

27

28