UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ATTAULLAH BAIG**, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br> **META PLATFORMS, INC., ET AL.**, <br><br>　　　　　Defendants. | Case No. 4:25-cv-07604-YGR <br><br> **ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES; ** <br><br> **SETTING CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed the docket and the pending motions to dismiss and to stay fact discovery pending resolution of the motion to dismiss. (Dkt. Nos. 29, 30.) The Court advises the parties that it expects to be in trial from April to November of this year. Most scheduled trials are large, complex matters spanning many weeks, including *In re: Social Media Adolescent Addiction/ Personal Injury Products Liability Litigation* (MDL No. 3047). Given the Court's trial schedule and overburdened docket, the Court likely will be unable to resolve the parties' motions as promptly as it would prefer.

　　Accordingly, the Court **ORDERS** the parties to meet and confer and to then advise the Court whether the parties will consent to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). Magistrate judges have smaller civil dockets and no felony criminal cases and therefore have more flexibility than the undersigned. Each is more than qualified to preside over your dispute.

　　This district boasts excellent magistrate judges. The bios detailing their credentials are available at https://www.cand.uscourts.gov/judges/. Given that this case is pending before a district judge, the parties are advised that either a magistrate judge will be randomly selected, or the parties may *jointly request assignment to a specific* magistrate judge of their choosing. To the

extent the parties can agree on a magistrate judge for all purposes, a consent form is available at http://www.cand.uscourts.gov, in the "Forms" section.

The Court also **SETS** a case management conference for **January 27, 2026** at **9:30 a.m.** to discuss the issue. Should the parties consent to a magistrate judge for all purposes in advance of the conference, it will be taken off calendar.

**IT IS SO ORDERED.**

Dated:   January 16, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**