
1  Wilmer J. Harris, SBN 150407
   wharris@sshhzlaw.com
2  Amanda E. Johnson, SBN 324500
   ajohnson@sshhzlaw.com
3  **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES LLP**
4  715 Fremont Ave., Suite A
   South Pasadena, CA. 91030
5  Telephone No.: (626) 441-4129
   Facsimile No.: (626) 283-5770
6

7  *Attorneys for Plaintiff, Attaullah Baig*

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | ATTAULLAH BAIG,                               | Case No. 3:25-CV-07604 |

12 |              Plaintiff,                        | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
     vs.

13 | META PLATFORMS, INC., a corporation;          | Dage: March 3, 2026
14 | PINAKI MUKERJI; MARK TSIMELZON;               | Time: 2:00 p.m.
     NITIN GUPTA; WILL CATHCART; MARK             | Crtm: 1, 4th Floor
15 | ZUCKERBERG; and DOES 1-10, inclusive,         | Judge: Hon. Yvonne Gonzalez Rogers
     Defendants.

16
17 |              Defendants.                      | Complaint Filed: September 8, 2025
                                                    Trial Date:     Not Set

18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff, Attaullah Baig respectfully requests that the Court take judicial notice of the following documents in support of Plaintiff's Opposition to Defendants' Motion to Dismiss:

**Exhibit 1:** Form 10-K filing submitted to U.S. Securities and Exchange Commission ("SEC") by Meta for fiscal year ended December 31, 2022. This document can be accessed via the following link: https://www.sec.gov/Archives/edgar/data/1326801/000132680123000013/meta-20221231.htm

**Exhibit 2:** Form 10-K filing submitted to SEC by Meta for fiscal year ended December 31, 2023. This document can be accessed via the following link: https://www.sec.gov/Archives/edgar/data/1326801/000132680124000012/meta-20231231.htm

**Exhibit 3:** Form 10-K filing submitted to SEC by Meta for fiscal year ended December 31, 2024. This document can be accessed via the following link: https://www.sec.gov/Archives/edgar/data/1326801/000132680125000017/meta-20241231.htm

**Exhibit 4:** Yahoo Finance historical data for Meta. This information is available online and can be accessed via the following link: https://finance.yahoo.com/quote/META/history/?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAIhrMo4IXl_vjS5IEoyTYYZziXTh9b2Nw1dENAyyIRzHPxa-WjBKw3KflV4L0mNmpdSLj0W_mDf7zaRhRnfAdD_wH_GtfJhp1ffwVUurwXGxWJE35no0p1bhXOcp6ghoAXrNxN6fWLXn56rXMiJmrgO7JtdK3FOUQ5ciwjz0MSp2

**Exhibit 5:** SEC form 8-K, which can be accessed from the SEC at https://www.sec.gov/files/form8-k.pdf

Under Federal Rule of Evidence 201(b), judicial notice may be taken of facts that are not in dispute either because they are (1) "generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b).

Courts take judicial notice of publicly filed documents and publicly available financial data. Exhibits 1 through 3, Form 10-K filing for Meta, are public record filed with the SEC

1  pursuant to the Securities Exchange Act of 1934 and are available on the SECs official website
2  and the Ninth Circuit has routinely taken judicial notice of such filings. Judicial notice is
3  appropriate for SEC filings and publicly available financial information. *See Metzler Inv. GmbH v.*
4  *Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (judicial notice proper for
5  reported stock price history and other publicly available financial documents, including SEC
6  filings); *In re Violin Memory Sec. Litig.*, No.: 13-CV-5486 YGR, 2014 U.S. Dist. LEXIS 155428,
7  at *20 (N.D. Cal. Oct. 31, 2014) ("public records, such as SEC filings, are properly the subject of
8  judicial notice, and routinely considered in deciding a motion to dismiss").

9      Exhibit 4 is the historical stock price data for Meta, as published on Yahoo Finance. The
10  data is publicly available and maintained by Yahoo Finance and is recognized as a reliable source
11  of financial information. As in the case of 10-K filings, the Ninth Circuit has consistently held that
12  courts may take judicial notice of publicly available financial data, including stock prices, as they
13  are capable of accurate and ready determination by resorting to sources of indisputable accuracy.
14  *See Metzler Inv. GmbH*, 540 F.3d 1049.

15      Exhibit 5 is a publicly available document issued by the SEC, and is available on the
16  SEC's official website. Judicial notice can be taken of public records and government documents,
17  including SEC filings, as they are not subject to reasonable dispute. *Lee v. City of L.A.*, 250 F.3d
18  668, 689 (9th Cir. 2001) (holding that courts may take judicial notice of public records, including
19  government documents and reports).

20      For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice
21  of the documents in this judicial notice.

23  DATED: January 21, 2026    SCHONBRUN SEPLOW HARRIS
    HOFFMAN & ZELDES LLP

25      */s/ Amanda E. Johnson*
    By: _____
26      Wilmer J. Harris
27      Amanda E. Johnson
    *Attorneys for Plaintiff, Attaullah Baig*

28