# EXHIBIT 4

NasdaqGS - Nasdaq Real Time Price • USD

# Meta Platforms, Inc. (META)

Follow Analyze with AI

**608.22** +4.10 (+0.68%)

As of 1:43:17 PM EST. Market Open.

Bullish on META?

Jan 21, 2025 - Jan 21, 2026 Historical Prices Daily

Currency in USD Download

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jan 21, 2026 | 606.41 | 615.65 | 600.09 | 608.31 | 608.31 | 7,715,142 |
| Jan 20, 2026 | 607.88 | 611.40 | 600.00 | 604.12 | 604.12 | 15,130,500 |
| Jan 16, 2026 | 624.18 | 629.08 | 620.08 | 620.25 | 620.25 | 17,012,500 |
| Jan 15, 2026 | 618.48 | 624.17 | 614.23 | 620.80 | 620.80 | 13,076,100 |
| Jan 14, 2026 | 626.50 | 628.45 | 614.82 | 615.52 | 615.52 | 15,527,900 |
| Jan 13, 2026 | 642.27 | 642.27 | 624.10 | 631.09 | 631.09 | 18,030,400 |
| Jan 12, 2026 | 652.53 | 653.97 | 641.23 | 641.97 | 641.97 | 14,797,200 |
| Jan 9, 2026 | 645.44 | 654.95 | 642.85 | 653.06 | 653.06 | 11,634,900 |
| Jan 8, 2026 | 645.88 | 647.10 | 635.72 | 646.06 | 646.06 | 11,921,700 |
| Jan 7, 2026 | 655.64 | 659.15 | 644.81 | 648.69 | 648.69 | 12,846,300 |
| Jan 6, 2026 | 659.57 | 665.52 | 651.90 | 660.62 | 660.62 | 11,074,400 |
| Jan 5, 2026 | 651.01 | 664.54 | 647.75 | 658.79 | 658.79 | 12,213,700 |
| Jan 2, 2026 | 662.73 | 664.39 | 643.50 | 650.41 | 650.41 | 13,726,500 |
| Dec 31, 2025 | 664.75 | 665.00 | 659.44 | 660.09 | 660.09 | 7,940,400 |
| Dec 30, 2025 | 658.69 | 672.22 | 657.84 | 665.95 | 665.95 | 9,187,500 |
| Dec 29, 2025 | 658.01 | 660.25 | 654.39 | 658.69 | 658.69 | 8,506,500 |
| Dec 26, 2025 | 668.06 | 668.95 | 661.32 | 663.29 | 663.29 | 7,133,800 |
| Dec 24, 2025 | 662.53 | 668.18 | 662.20 | 667.55 | 667.55 | 5,627,500 |
| Dec 23, 2025 | 660.05 | 666.00 | 658.25 | 664.94 | 664.94 | 8,486,800 |
| Dec 22, 2025 | 661.65 | 673.58 | 656.65 | 661.50 | 661.50 | 15,659,400 |
| Dec 19, 2025 | 666.42 | 671.00 | 658.18 | 658.77 | 658.77 | 49,977,100 |
| Dec 18, 2025 | 657.03 | 670.56 | 656.46 | 664.45 | 664.45 | 20,260,300 |
| Dec 17, 2025 | 655.61 | 661.23 | 649.20 | 649.50 | 649.50 | 15,598,500 |
| Dec 16, 2025 | 643.50 | 662.54 | 643.20 | 657.15 | 657.15 | 14,309,100 |
| Dec 15, 2025 | **0.525** Dividend | | | | | |
| Dec 15, 2025 | 645.70 | 653.00 | 638.70 | 647.51 | 647.51 | 15,549,100 |
| Dec 12, 2025 | 649.80 | 711.00 | 638.61 | 644.23 | 643.71 | 14,016,900 |
| Dec 11, 2025 | 643.29 | 655.28 | 640.80 | 652.71 | 652.18 | 13,056,700 |
| Dec 10, 2025 | 649.95 | 654.51 | 643.40 | 650.13 | 649.60 | 16,910,900 |
| Dec 9, 2025 | 663.77 | 664.48 | 653.34 | 656.96 | 656.42 | 12,997,100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dec 8, 2025 | 669.34 | 676.71 | 665.07 | 666.80 | 666.26 | 13,161,000 |
| Dec 5, 2025 | 664.00 | 674.69 | 662.39 | 673.42 | 672.87 | 21,207,900 |
| Dec 4, 2025 | 676.00 | 676.10 | 660.05 | 661.53 | 660.99 | 29,874,600 |
| Dec 3, 2025 | 644.41 | 648.85 | 637.55 | 639.60 | 639.08 | 11,134,300 |
| Dec 2, 2025 | 642.34 | 647.87 | 638.07 | 647.10 | 646.57 | 11,640,900 |
| Dec 1, 2025 | 639.55 | 645.32 | 637.76 | 640.87 | 640.35 | 13,029,900 |
| Nov 28, 2025 | 636.08 | 648.05 | 635.50 | 647.95 | 647.42 | 11,033,200 |
| Nov 26, 2025 | 637.69 | 638.36 | 631.63 | 633.61 | 633.09 | 15,209,500 |
| Nov 25, 2025 | 624.00 | 637.05 | 618.30 | 636.22 | 635.70 | 25,213,000 |
| Nov 24, 2025 | 598.72 | 616.70 | 597.63 | 613.05 | 612.55 | 23,554,900 |
| Nov 21, 2025 | 588.50 | 598.12 | 581.86 | 594.25 | 593.77 | 21,052,600 |
| Nov 20, 2025 | 603.50 | 606.72 | 583.35 | 589.15 | 588.67 | 20,603,000 |
| Nov 19, 2025 | 593.72 | 595.33 | 581.25 | 590.32 | 589.84 | 24,744,700 |
| Nov 18, 2025 | 591.60 | 603.66 | 583.78 | 597.69 | 597.20 | 25,500,600 |
| Nov 17, 2025 | 609.04 | 611.69 | 595.40 | 602.01 | 601.52 | 16,501,300 |
| Nov 14, 2025 | 601.79 | 613.68 | 595.20 | 609.46 | 608.96 | 20,724,100 |
| Nov 13, 2025 | 613.07 | 617.65 | 603.00 | 609.89 | 609.39 | 20,973,800 |
| Nov 12, 2025 | 628.13 | 628.99 | 607.77 | 609.01 | 608.51 | 24,493,300 |
| Nov 11, 2025 | 628.00 | 629.56 | 619.39 | 627.08 | 626.57 | 13,302,200 |
| Nov 10, 2025 | 631.09 | 635.00 | 618.11 | 631.76 | 631.25 | 19,245,000 |
| Nov 7, 2025 | 616.49 | 622.13 | 601.20 | 621.71 | 621.20 | 29,946,800 |
| Nov 6, 2025 | 635.85 | 636.00 | 618.00 | 618.94 | 618.44 | 23,628,800 |
| Nov 5, 2025 | 632.31 | 642.23 | 626.54 | 635.95 | 635.43 | 20,219,900 |
| Nov 4, 2025 | 628.04 | 641.74 | 626.01 | 627.32 | 626.81 | 27,356,600 |
| Nov 3, 2025 | 656.00 | 659.33 | 636.18 | 637.71 | 637.19 | 33,003,600 |
| Oct 31, 2025 | 674.51 | 674.89 | 645.57 | 648.35 | 647.82 | 56,953,200 |
| Oct 30, 2025 | 669.15 | 680.96 | 650.17 | 666.47 | 665.93 | 88,440,100 |
| Oct 29, 2025 | 754.75 | 759.16 | 742.51 | 751.67 | 751.06 | 26,818,600 |
| Oct 28, 2025 | 752.63 | 758.40 | 745.52 | 751.44 | 750.83 | 12,193,800 |
| Oct 27, 2025 | 749.73 | 755.75 | 748.01 | 750.82 | 750.21 | 11,321,100 |
| Oct 24, 2025 | 736.79 | 741.21 | 731.15 | 738.36 | 737.76 | 9,151,300 |
| Oct 23, 2025 | 734.70 | 742.41 | 733.10 | 734.00 | 733.40 | 9,856,000 |
| Oct 22, 2025 | 733.83 | 740.60 | 724.03 | 733.41 | 732.81 | 8,734,500 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Oct 22, 2025 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Oct 21, 2025 | 736.02 | 738.50 | 728.75 | 733.27 | 732.67 | 7,647,300 |
| Oct 20, 2025 | 721.19 | 733.77 | 720.18 | 732.17 | 731.57 | 8,900,200 |
| Oct 17, 2025 | 707.08 | 718.54 | 706.12 | 716.92 | 716.34 | 12,232,400 |
| Oct 16, 2025 | 717.55 | 725.49 | 703.88 | 712.07 | 711.49 | 9,017,000 |
| Oct 15, 2025 | 717.06 | 723.90 | 709.51 | 717.55 | 716.97 | 10,246,800 |
| Oct 14, 2025 | 707.78 | 715.55 | 699.33 | 708.65 | 708.07 | 8,829,800 |
| Oct 13, 2025 | 713.01 | 719.94 | 707.64 | 715.70 | 715.12 | 9,251,800 |
| Oct 10, 2025 | 730.92 | 735.27 | 704.51 | 705.30 | 704.73 | 16,980,100 |
| Oct 9, 2025 | 718.28 | 733.51 | 712.44 | 733.51 | 732.91 | 12,717,200 |
| Oct 8, 2025 | 713.45 | 719.65 | 707.81 | 717.84 | 717.26 | 10,790,600 |
| Oct 7, 2025 | 717.72 | 718.50 | 705.75 | 713.08 | 712.50 | 12,062,900 |
| Oct 6, 2025 | 705.19 | 716.88 | 690.51 | 715.66 | 715.08 | 21,654,700 |
| Oct 3, 2025 | 729.63 | 731.00 | 710.18 | 710.56 | 709.98 | 16,154,300 |
| Oct 2, 2025 | 722.58 | 727.77 | 718.14 | 727.05 | 726.46 | 11,415,300 |
| Oct 1, 2025 | 721.49 | 721.85 | 710.20 | 717.34 | 716.76 | 20,419,600 |
| Sep 30, 2025 | 742.25 | 742.97 | 726.30 | 734.38 | 733.78 | 16,226,800 |
| Sep 29, 2025 | 748.72 | 750.78 | 739.15 | 743.40 | 742.79 | 9,246,800 |
| Sep 26, 2025 | 750.00 | 751.93 | 737.35 | 743.75 | 743.14 | 9,696,300 |
| Sep 25, 2025 | 753.45 | 756.77 | 744.55 | 748.91 | 748.30 | 10,591,100 |
| Sep 24, 2025 | 757.50 | 761.11 | 752.53 | 760.66 | 760.04 | 8,828,200 |
| Sep 23, 2025 | 769.25 | 770.60 | 751.07 | 755.40 | 754.78 | 10,872,600 |
| Sep 22, 2025 | **0.525** Dividend | | | | | |
| Sep 22, 2025 | 781.85 | 785.73 | 764.47 | 765.16 | 764.54 | 11,706,900 |
| Sep 19, 2025 | 786.42 | 790.80 | 769.19 | 778.38 | 777.22 | 23,696,800 |
| Sep 18, 2025 | 780.75 | 788.78 | 773.36 | 780.25 | 779.09 | 10,955,000 |
| Sep 17, 2025 | 779.99 | 783.29 | 766.31 | 775.72 | 774.57 | 9,400,900 |
| Sep 16, 2025 | 767.00 | 781.36 | 765.10 | 779.00 | 777.84 | 11,782,500 |
| Sep 15, 2025 | 757.47 | 774.07 | 751.99 | 764.70 | 763.56 | 10,533,800 |
| Sep 12, 2025 | 748.73 | 757.57 | 743.76 | 755.59 | 754.47 | 8,248,600 |
| Sep 11, 2025 | 754.65 | 757.10 | 748.37 | 750.90 | 749.78 | 7,923,300 |
| Sep 10, 2025 | 765.13 | 765.70 | 751.00 | 751.98 | 750.86 | 12,478,300 |
| Sep 9, 2025 | 757.49 | 766.30 | 753.43 | 765.70 | 764.56 | 10,999,000 |
| Sep 8, 2025 | 756.00 | 766.51 | 752.02 | 752.30 | 751.18 | 13,087,800 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep 8, 2025 | 756.00 | 766.51 | 752.82 | 752.80 | 751.18 | 13,687,300 |
| Sep 5, 2025 | 752.62 | 757.95 | 745.03 | 752.45 | 751.33 | 9,663,400 |
| Sep 4, 2025 | 748.57 | 761.16 | 745.82 | 748.65 | 747.54 | 11,439,100 |
| Sep 3, 2025 | 736.00 | 740.25 | 733.99 | 737.05 | 735.95 | 7,699,300 |
| Sep 2, 2025 | 726.04 | 736.00 | 721.73 | 735.11 | 734.02 | 9,350,900 |
| Aug 29, 2025 | 745.28 | 747.14 | 735.35 | 738.70 | 737.60 | 9,070,500 |
| Aug 28, 2025 | 744.00 | 753.05 | 740.80 | 751.11 | 749.99 | 7,468,000 |
| Aug 27, 2025 | 752.30 | 754.15 | 742.84 | 747.38 | 746.27 | 8,315,400 |
| Aug 26, 2025 | 750.80 | 754.87 | 747.94 | 754.10 | 752.98 | 7,601,800 |
| Aug 25, 2025 | 754.82 | 758.88 | 750.13 | 753.30 | 752.18 | 6,861,200 |
| Aug 22, 2025 | 739.23 | 756.90 | 734.39 | 754.79 | 753.67 | 10,612,700 |
| Aug 21, 2025 | 744.71 | 745.50 | 733.11 | 739.10 | 738.00 | 8,876,300 |
| Aug 20, 2025 | 747.57 | 750.20 | 731.00 | 747.72 | 746.61 | 11,898,200 |
| Aug 19, 2025 | 767.12 | 767.17 | 749.36 | 751.48 | 750.36 | 12,286,700 |
| Aug 18, 2025 | 775.09 | 775.81 | 756.56 | 767.37 | 766.23 | 16,513,700 |
| Aug 15, 2025 | 784.15 | 796.25 | 780.82 | 785.23 | 784.06 | 13,375,400 |
| Aug 14, 2025 | 777.88 | 787.81 | 772.51 | 782.13 | 780.97 | 8,116,200 |
| Aug 13, 2025 | 791.15 | 795.46 | 778.23 | 780.08 | 778.92 | 8,811,800 |
| Aug 12, 2025 | 773.00 | 793.67 | 772.43 | 790.00 | 788.82 | 14,563,100 |
| Aug 11, 2025 | 770.08 | 773.46 | 764.67 | 765.87 | 764.73 | 7,612,000 |
| Aug 8, 2025 | 762.75 | 769.90 | 758.58 | 769.30 | 768.15 | 7,320,800 |
| Aug 7, 2025 | 773.49 | 775.00 | 759.55 | 761.83 | 760.70 | 9,019,700 |
| Aug 6, 2025 | 770.00 | 773.64 | 760.46 | 771.99 | 770.84 | 9,733,900 |
| Aug 5, 2025 | 776.45 | 783.13 | 763.00 | 763.46 | 762.32 | 11,640,300 |
| Aug 4, 2025 | 760.00 | 776.85 | 758.41 | 776.37 | 775.21 | 15,801,700 |
| Aug 1, 2025 | 760.73 | 766.00 | 745.31 | 750.01 | 748.89 | 19,028,700 |
| Jul 31, 2025 | 775.20 | 784.75 | 765.51 | 773.44 | 772.29 | 38,831,100 |
| Jul 30, 2025 | 708.09 | 708.50 | 691.20 | 695.21 | 694.17 | 27,077,300 |
| Jul 29, 2025 | 720.00 | 724.47 | 699.91 | 700.00 | 698.96 | 13,267,000 |
| Jul 28, 2025 | 715.20 | 724.74 | 712.68 | 717.63 | 716.56 | 8,715,700 |
| Jul 25, 2025 | 716.92 | 720.65 | 711.90 | 712.68 | 711.62 | 8,271,700 |
| Jul 24, 2025 | 717.05 | 723.62 | 714.00 | 714.80 | 713.74 | 10,920,800 |
| Jul 23, 2025 | 706.37 | 714.63 | 704.93 | 713.58 | 712.52 | 8,771,600 |
| Jul 22, 2025 | 716.19 | 716.60 | 701.41 | 704.81 | 703.76 | 8,921,100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jul 22, 2025 | 716.19 | 716.00 | 701.41 | 704.81 | 703.76 | 8,921,100 |
| Jul 21, 2025 | 706.80 | 717.00 | 705.76 | 712.97 | 711.91 | 9,404,400 |
| Jul 18, 2025 | 702.19 | 704.71 | 691.65 | 704.28 | 703.23 | 12,779,800 |
| Jul 17, 2025 | 704.39 | 705.90 | 697.11 | 701.41 | 700.37 | 11,803,300 |
| Jul 16, 2025 | 713.37 | 713.97 | 699.27 | 702.91 | 701.86 | 13,067,600 |
| Jul 15, 2025 | 723.90 | 724.47 | 709.82 | 710.39 | 709.33 | 11,529,500 |
| Jul 14, 2025 | 717.60 | 728.00 | 716.55 | 720.92 | 719.85 | 8,939,400 |
| Jul 11, 2025 | 722.50 | 725.16 | 709.70 | 717.51 | 716.44 | 10,873,900 |
| Jul 10, 2025 | 731.55 | 735.80 | 719.60 | 727.24 | 726.16 | 9,913,600 |
| Jul 9, 2025 | 722.72 | 737.53 | 722.72 | 732.78 | 731.69 | 11,418,000 |
| Jul 8, 2025 | 721.57 | 722.91 | 714.81 | 720.67 | 719.60 | 7,770,700 |
| Jul 7, 2025 | 717.60 | 727.00 | 713.51 | 718.35 | 717.28 | 9,457,100 |
| Jul 3, 2025 | 726.61 | 729.03 | 714.42 | 719.01 | 717.94 | 8,601,700 |
| Jul 2, 2025 | 715.33 | 720.30 | 712.80 | 713.57 | 712.51 | 9,336,700 |
| Jul 1, 2025 | 736.88 | 737.75 | 715.37 | 719.22 | 718.15 | 13,431,200 |
| Jun 30, 2025 | 744.55 | 747.90 | 734.25 | 738.09 | 736.99 | 15,402,100 |
| Jun 27, 2025 | 726.52 | 735.43 | 725.86 | 733.63 | 732.54 | 18,775,700 |
| Jun 26, 2025 | 714.36 | 728.22 | 711.05 | 726.09 | 725.01 | 13,964,800 |
| Jun 25, 2025 | 713.32 | 716.58 | 705.38 | 708.68 | 707.62 | 9,320,400 |
| Jun 24, 2025 | 704.89 | 713.19 | 702.11 | 712.20 | 711.14 | 13,823,200 |
| Jun 23, 2025 | 683.69 | 699.05 | 678.75 | 698.53 | 697.49 | 11,080,100 |
| Jun 20, 2025 | 700.75 | 701.82 | 678.67 | 682.35 | 681.33 | 22,538,600 |
| Jun 18, 2025 | 698.18 | 701.59 | 694.90 | 695.77 | 694.73 | 10,068,300 |
| Jun 17, 2025 | 702.00 | 705.97 | 696.06 | 697.23 | 696.19 | 10,066,100 |
| Jun 16, 2025 | **0.525** Dividend | | | | | |
| Jun 16, 2025 | 699.33 | 707.15 | 693.51 | 702.12 | 701.07 | 13,720,300 |
| Jun 13, 2025 | 687.95 | 694.57 | 681.01 | 682.87 | 681.33 | 9,274,400 |
| Jun 12, 2025 | 693.30 | 695.38 | 687.00 | 693.36 | 691.80 | 7,322,700 |
| Jun 11, 2025 | 703.71 | 708.87 | 691.99 | 694.14 | 692.57 | 9,582,500 |
| Jun 10, 2025 | 701.35 | 703.23 | 691.56 | 702.40 | 700.82 | 10,850,100 |
| Jun 9, 2025 | 698.46 | 705.19 | 693.94 | 694.06 | 692.49 | 12,773,200 |
| Jun 6, 2025 | 696.17 | 702.81 | 691.87 | 697.71 | 696.14 | 11,728,000 |
| Jun 5, 2025 | 691.66 | 694.38 | 682.25 | 684.62 | 683.08 | 13,083,100 |
| Jun 4, 2025 | 669.32 | 689.00 | 668.57 | 687.95 | 686.40 | 14,031,900 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun 4, 2025 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Jun 3, 2025 | 671.45 | 675.58 | 665.03 | 666.85 | 665.35 | 11,585,000 |
| Jun 2, 2025 | 644.39 | 673.26 | 644.26 | 670.90 | 669.39 | 15,766,300 |
| May 30, 2025 | 642.50 | 649.41 | 632.78 | 647.49 | 646.03 | 16,241,000 |
| May 29, 2025 | 651.65 | 653.32 | 639.50 | 645.05 | 643.59 | 8,858,800 |
| May 28, 2025 | 642.60 | 650.88 | 642.55 | 643.58 | 642.13 | 9,042,900 |
| May 27, 2025 | 635.41 | 643.08 | 632.75 | 642.32 | 640.87 | 9,508,400 |
| May 23, 2025 | 624.00 | 632.45 | 622.65 | 627.06 | 625.64 | 8,454,100 |
| May 22, 2025 | 634.05 | 643.25 | 630.71 | 636.57 | 635.13 | 8,228,400 |
| May 21, 2025 | 631.79 | 646.61 | 630.17 | 635.50 | 634.07 | 11,464,600 |
| May 20, 2025 | 636.01 | 639.35 | 632.26 | 637.10 | 635.66 | 6,743,500 |
| May 19, 2025 | 628.25 | 643.00 | 627.80 | 640.43 | 638.98 | 9,592,400 |
| May 16, 2025 | 637.96 | 640.44 | 626.15 | 640.34 | 638.90 | 18,519,000 |
| May 15, 2025 | 654.28 | 657.31 | 638.58 | 643.88 | 642.43 | 14,341,800 |
| May 14, 2025 | 661.21 | 662.67 | 654.31 | 659.36 | 657.87 | 12,348,200 |
| May 13, 2025 | 645.54 | 660.92 | 642.83 | 656.03 | 654.55 | 18,570,800 |
| May 12, 2025 | 630.92 | 640.39 | 621.03 | 639.43 | 637.99 | 21,965,100 |
| May 9, 2025 | 603.72 | 606.97 | 591.71 | 592.49 | 591.15 | 10,427,300 |
| May 8, 2025 | 606.29 | 611.30 | 596.62 | 598.01 | 596.66 | 14,622,800 |
| May 7, 2025 | 590.36 | 603.08 | 586.67 | 596.81 | 595.46 | 13,139,100 |
| May 6, 2025 | 592.53 | 596.03 | 586.58 | 587.31 | 585.98 | 10,600,700 |
| May 5, 2025 | 591.22 | 603.21 | 588.05 | 599.27 | 597.92 | 13,887,700 |
| May 2, 2025 | 583.46 | 604.34 | 578.33 | 597.02 | 595.67 | 24,739,300 |
| May 1, 2025 | 592.08 | 592.95 | 570.50 | 572.21 | 570.92 | 31,159,000 |
| Apr 30, 2025 | 538.40 | 549.10 | 529.50 | 549.00 | 547.76 | 29,244,000 |
| Apr 29, 2025 | 546.00 | 556.57 | 544.12 | 554.44 | 553.19 | 11,835,000 |
| Apr 28, 2025 | 555.64 | 558.49 | 540.59 | 549.74 | 548.50 | 15,179,000 |
| Apr 25, 2025 | 546.80 | 549.86 | 536.25 | 547.27 | 546.04 | 17,098,900 |
| Apr 24, 2025 | 518.73 | 533.90 | 517.50 | 533.15 | 531.95 | 13,910,000 |
| Apr 23, 2025 | 528.53 | 535.34 | 516.52 | 520.27 | 519.10 | 18,173,900 |
| Apr 22, 2025 | 491.87 | 506.88 | 486.36 | 500.28 | 499.15 | 17,399,400 |
| Apr 21, 2025 | 491.33 | 493.50 | 479.80 | 484.66 | 483.57 | 16,166,000 |
| Apr 17, 2025 | 505.25 | 507.30 | 498.01 | 501.48 | 500.35 | 14,593,500 |
| Apr 16, 2025 | 508.51 | 513.37 | 495.63 | 502.31 | 501.18 | 18,735,100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Apr 16, 2025 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Apr 15, 2025 | 532.11 | 537.94 | 517.50 | 521.52 | 520.34 | 15,558,700 |
| Apr 14, 2025 | 556.17 | 557.77 | 528.28 | 531.48 | 530.28 | 14,130,900 |
| Apr 11, 2025 | 535.51 | 547.40 | 528.59 | 543.57 | 542.34 | 17,642,300 |
| Apr 10, 2025 | 575.49 | 581.30 | 535.30 | 546.29 | 545.06 | 28,173,500 |
| Apr 9, 2025 | 509.27 | 587.89 | 502.11 | 585.77 | 584.45 | 39,216,600 |
| Apr 8, 2025 | 543.25 | 547.43 | 502.86 | 510.45 | 509.30 | 28,034,200 |
| Apr 7, 2025 | 485.10 | 539.37 | 481.90 | 516.25 | 515.09 | 36,606,100 |
| Apr 4, 2025 | 506.62 | 518.00 | 494.20 | 504.73 | 503.59 | 38,589,800 |
| Apr 3, 2025 | 546.22 | 552.56 | 530.30 | 531.62 | 530.42 | 34,777,500 |
| Apr 2, 2025 | 574.91 | 592.66 | 573.36 | 583.93 | 582.61 | 13,470,800 |
| Apr 1, 2025 | 570.84 | 589.91 | 570.00 | 586.00 | 584.68 | 12,836,600 |
| Mar 31, 2025 | 563.50 | 578.70 | 553.30 | 576.36 | 575.06 | 21,124,700 |
| Mar 28, 2025 | 600.31 | 601.75 | 573.92 | 576.74 | 575.44 | 17,602,800 |
| Mar 27, 2025 | 602.00 | 614.25 | 600.10 | 602.58 | 601.22 | 10,436,500 |
| Mar 26, 2025 | 624.89 | 626.75 | 606.61 | 610.98 | 609.60 | 12,609,800 |
| Mar 25, 2025 | 626.76 | 633.88 | 621.18 | 626.31 | 624.90 | 15,312,500 |
| Mar 24, 2025 | 614.97 | 622.54 | 612.20 | 618.85 | 617.45 | 15,741,300 |
| Mar 21, 2025 | 583.42 | 597.54 | 580.95 | 596.25 | 594.90 | 25,015,900 |
| Mar 20, 2025 | 582.76 | 610.20 | 579.51 | 586.00 | 584.68 | 24,336,500 |
| Mar 19, 2025 | 584.28 | 592.32 | 574.77 | 584.06 | 582.74 | 20,537,500 |
| Mar 18, 2025 | 600.05 | 600.25 | 574.66 | 582.36 | 581.05 | 20,297,700 |
| Mar 17, 2025 | 607.46 | 613.10 | 598.00 | 604.90 | 603.54 | 15,473,900 |
| Mar 14, 2025 | **0.525** Dividend | | | | | |
| Mar 14, 2025 | 602.80 | 608.86 | 594.78 | 607.60 | 606.23 | 12,364,500 |
| Mar 13, 2025 | 620.25 | 620.50 | 586.51 | 590.64 | 588.78 | 16,480,300 |
| Mar 12, 2025 | 629.90 | 633.33 | 609.35 | 619.56 | 617.61 | 15,747,000 |
| Mar 11, 2025 | 595.05 | 614.93 | 593.33 | 605.71 | 603.81 | 17,401,500 |
| Mar 10, 2025 | 608.07 | 610.11 | 586.87 | 597.99 | 596.11 | 21,999,900 |
| Mar 7, 2025 | 625.37 | 634.79 | 600.61 | 625.66 | 623.69 | 21,375,700 |
| Mar 6, 2025 | 648.00 | 650.56 | 624.11 | 627.93 | 625.96 | 13,446,500 |
| Mar 5, 2025 | 641.00 | 659.50 | 637.66 | 656.47 | 654.41 | 13,770,000 |
| Mar 4, 2025 | 645.51 | 649.75 | 623.65 | 640.00 | 637.99 | 21,495,200 |
| Mar 3, 2025 | 673.68 | 681.25 | 650.84 | 655.05 | 652.99 | 10,843,800 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Feb 28, 2025 | 658.04 | 669.63 | 642.60 | 668.20 | 666.10 | 17,534,200 |
| Feb 27, 2025 | 682.45 | 688.65 | 657.57 | 658.24 | 656.17 | 12,500,000 |
| Feb 26, 2025 | 659.65 | 683.01 | 658.00 | 673.70 | 671.58 | 14,488,700 |
| Feb 25, 2025 | 665.97 | 668.00 | 641.86 | 657.50 | 655.43 | 20,579,700 |
| Feb 24, 2025 | 686.28 | 687.27 | 662.45 | 668.13 | 666.03 | 15,677,000 |
| Feb 21, 2025 | 696.58 | 703.87 | 682.36 | 683.55 | 681.40 | 15,660,400 |
| Feb 20, 2025 | 697.28 | 705.63 | 693.64 | 694.84 | 692.66 | 12,587,400 |
| Feb 19, 2025 | 704.10 | 707.00 | 695.39 | 703.77 | 701.56 | 17,535,500 |
| Feb 18, 2025 | 736.00 | 737.00 | 706.44 | 716.37 | 714.12 | 21,938,700 |
| Feb 14, 2025 | 726.14 | 740.91 | 725.62 | 736.67 | 734.35 | 16,901,200 |
| Feb 13, 2025 | 721.52 | 729.00 | 718.04 | 728.56 | 726.27 | 12,569,100 |
| Feb 12, 2025 | 715.30 | 727.10 | 712.60 | 725.38 | 723.10 | 12,016,500 |

**What's trending**

Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**Explore more**

Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**About**

Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans

**GOOG** Alphabet Inc. **326.48** +1.34%

**GOOGL** Alphabet Inc. **326.15** +1.29%

**NBIS** Nebius Group N.V. **94.90** -4.43%

**RDDT** Reddit, Inc. **209.70** -6.95%

**SPOT** Spotify Technology S.A. **498.79** -2.45%

**BIDU** Baidu, Inc. **160.44** +6.95%

Copyright © 2026 Yahoo. All rights reserved.