Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 324500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive, Defendants.<br><br>　　　　　Defendants. | Case No. 3:25-CV-07604<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>Dage: March 3, 2026<br>Time: 2:00 p.m.<br>Crtm: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: September 8, 2025<br>Trial Date:　　Not Set |

---

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

1   Plaintiff, Attaullah Baig, hereby objects to Defendants' Request for Judicial Notice in
2   Support of Their Motion to Dismiss. (ECF 29-1 and 29-2).

3   Defendants request that the Court take judicial notice of the Occupational Safety and
4   Health Administration's ("OSHA") February 13, 2025, findings with respect to Plaintiff's
5   complaint filed with OSHA. Plaintiff objects to Defendants' request on the grounds that OSHA
6   findings fail to meet the relevance requirements necessary for judicial notice under the Federal
7   Rules of Evidence.

8   Under Federal Rule of Evidence 201, judicial notice may be taken of facts that are not in
9   dispute either because they are (1) "generally known within the territorial jurisdiction of the trial
10  court, or (2) capable of accurate and ready determination by resort to sources whose accuracy
11  cannot be reasonably questioned. Fed. R. Evid. 201.

12  The OSHA Secretary's findings that Defendants seek to have judicially noticed contain
13  disputed factual determinations that are subject to *de novo* review in this Court. These findings
14  involve complex factual assessments and conclusions that go beyond the type of indisputable facts
15  contemplated by Rule 201.

16  In addition, OSHA findings fail to meet the relevance standard established by Federal
17  Rules of Evidence 401. In order for evidence to be properly considered, it must be relevant,
18  meaning it must have "tendency to make a fact more or less probably than it would be without the
19  evidence" and "the fact is of consequence in determining the action." Fed. R. Evid. 401. The
20  Secretary's findings do not meet either of these requirements.

21  For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendants'
22  Request for Judicial Notice.

23
24  DATED: January 21, 2026         SCHONBRUN SEPLOW HARRIS
                                     HOFFMAN & ZELDES LLP
25
                                          */s/ Amanda E. Johnson*
26                              By: _____
                                       Wilmer J. Harris
27                                     Amanda E. Johnson
28                              *Attorneys for Plaintiff, Attaullah Baig*