# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 27, 2026 | **Time:** 9 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 25-cv-7604-YGR | **Case Name:** Baig v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Amanda Elizabeth Johnson and Wilmer Harris; via Zoom
**Attorney for Defendants:** Jeffrey Sturgeon and Paul Evans; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Marla Knox; via Zoom

## PROCEEDINGS

Initial Case Management Conference – held via Zoom Webinar.

Parties are ordered to meet and confer and review all Magistrate Judges' biographies, confer with their clients, and stipulate to whether they will consent to a Magistrate Judge for all purposes by February 2, 2026.

Defendants' motion to stay fact discovery pending resolution of defendants' motion to dismiss (Dkt. No. 30) is tentatively Granted, and fact discovery is hereby Stayed until Tuesday, February 3, 2026 only. The Court will render a final ruling on the motion on the papers submitted.