

1(212) 318-6009
paulevans@paulhastings.com

February 2, 2026

District Judge Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

**Re:** *Attaullah Baig v. Meta Platforms, Inc., et al. - Case No. 4:25-CV-07604-YGR*

Dear Judge Gonzalez Rogers:

We write on behalf of Defendants Meta Platforms, Inc., Pinaki Mukerji, Mark Tsimelzon, Nitin Gupta, Will Cathcart, and Mark Zuckerberg (collectively "Defendants") to advise the Court that Defendants and Plaintiff Attaullah Baig ("Plaintiff") jointly consent to have United States Magistrate Judge Laurel Beeler conduct all further proceedings in this case, including trial and entry of final judgment. The Parties will file a Joint Consent to Magistrate Judge Jurisdiction reflecting their agreement to proceed before Magistrate Judge Beeler. In the event Magistrate Judge Beeler is unavailable to hear this case, the Parties do not consent to jurisdiction before any other Magistrate Judge at this time.

In addition, in the event the Court will not decide Defendants' pending Motion to Stay Fact Discovery (Dkt. 30) before this matter is reassigned to Magistrate Judge Beeler, Defendants respectfully request that the temporary stay issued on January 27, 2026 (Dkt. 53) be extended until such time as Magistrate Judge Beeler can consider and issue a ruling on Defendants' Motion to Stay. Defendants contend that they should not be prejudiced solely because of a short time delay attributable to the transfer given that Defendants were willing to consent to a magistrate prior to the Case Management Conference held on January 27, 2026. Plaintiff opposes this request, contending that such an extension would effectively stall this case for an undetermined amount of time – an outcome that Plaintiff argues would be directly at odds with the intention behind consenting to magistrate jurisdiction. Plaintiff maintains that such delay would harm Plaintiff, as the parties have already delayed discovery by more than a month, and Defendants have not shown that they will suffer any hardship from proceeding with discovery at this time.

Respectfully,

Paul C. Evans
of PAUL HASTINGS LLP