| | |
|---|---|
| Wilmer J. Harris (SB# 150407)<br>wharris@sshhzlaw.com<br>Amanda E. Johnson (SB# 342500)<br>ajohnson@sshhzlaw.com<br>**SCHONBRUN SEPLOW HARRIS**<br>**HOFFMAN & ZELDES LLP**<br>715 Fremont Avenue, Suite A<br>South Pasadena, CA. 91030<br>Telephone: (626) 441-4129<br>Facsimile: (626) 283-5770<br><br>*Attorney for Plaintiff* | Elena R. Baca (CA SB# 160564)<br>Paul C. Evans (*admitted pro hac vice*)<br>Jeffrey A. Sturgeon (*admitted pro hac vice*)<br>elenabaca@paulhastings.com<br>paulevans@paulhastings.com<br>jeffreysturegon@paulhastings.com<br>**PAUL HASTINGS LLP**<br>515 South Flower Street, 25th Floor<br>Los Angeles, California 90071-2228<br>Telephone: 1(213) 683-6000<br>Facsimile: 1(213) 627-0705<br><br>*Attorney for Defendants* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., ET AL.,<br><br>　　　　Defendants. | CASE NO. 4:25-CV-07604-YGR<br><br>**JOINT CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

The parties to the above-entitled action jointly submit this JOINT CONSENT TO MAGISTRATE JUDGE JURISDICTION, agreeing to have **United States Magistrate Judge Laurel Beeler** conduct all further proceedings in this case, including trial and entry of final judgment. The Parties understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  In the event Magistrate Judge Beeler is unavailable to hear this case, the Parties do not consent to jurisdiction before any other Magistrate Judge at this time.

| | | |
|---|---|---|
| 1 | DATED: February 2, 2026 | PLAINTIFF ATTAULLAH BAIG |
| 2 | | |
| 3 | | By: */s/ Amanda E. Johnson* |
| 4 | | WILMER J. HARRIS |
| 5 | | AMANDA E. JOHNSON |
| 6 | | Attorneys for Plaintiff |
| 7 | DATED: February 2, 2026 | DEFENDANTS META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, NITIN GUPTA, WILL CATHCART, AND MARK ZUCKERBERG. |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | By: */s/ Paul C. Evans* |
| 12 | | PAUL C. EVANS |
| 13 | | ELENA R. BACA |
| | | JEFFREY A. STURGEON |
| 14 | | Attorneys for Defendants |