# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ATTAULLAH BAIG**, <br><br> Plaintiff, <br><br> vs. <br><br> **META PLATFORMS, INC., ET AL.**, <br><br> Defendants. | Case No.: 4:25-cv-07604-YGR <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE FOR ALL PURPOSES;** <br><br> **EXTENDING TENTATIVE GRANT OF MOTION TO STAY FACT DISCOVERY** |

Pursuant to Local Rule 73-1(b) and the consent of the parties as reflected in their joint stipulation (Dkt. No. 55), this matter is **REFERRED** to Magistrate Judge Laurel Beeler for all purposes including trial and entry of judgment. To the extent there are any hearings or conferences scheduled before the undersigned, they are hereby vacated. The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Beeler.

In light of the foregoing, the Court extends its tentative ruling granting defendants' motion to stay fact discovery pending resolution of defendants' motion to dismiss. (Dkt. No. 30.) Fact discovery is now **STAYED** until **Tuesday, February 10, 2026** only. Magistrate Judge Beeler will render a final ruling on the motion after the case is reassigned.

**IT IS SO ORDERED**.

Dated: February 3, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Laurel Beeler