1  Wilmer J. Harris, SBN 150407
   wharris@sshhzlaw.com
2  Amanda E. Johnson, SBN 324500
   ajohnson@sshhzlaw.com
3  **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES LLP**
4  715 Fremont Ave., Suite A
   South Pasadena, CA. 91030
5  Telephone No.: (626) 441-4129
   Facsimile No.: (626) 283-5770

7  *Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>              Plaintiff,<br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive, Defendants.<br><br>              Defendants. | Case No. 3:25-CV-07604<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF RECENTLY FILED CASE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Dage: March 3, 2026<br>Time: 2:00 p.m.<br>Crtm: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: September 8, 2025<br>Trial Date:    Not Set |

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

1   Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff, Attaullah Baig
2   respectfully requests that the Court take judicial notice of a recently filed securities case against
3   Meta Platforms, Inc in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.
4   On January 23, 2026, a class action complaint was filed was filed in United States District
5   Court, Northern District of California. The complaint in *Emma Dawson, et al. v. Meta Platforms,*
6   *Inc.*, case number 26-cv-00751, alleges that contrary to WhatsApp's claims of end-to-end
7   encryption and user privacy, Meta and WhatsApp allowed unrestricted access to users' encrypted
8   communications. As detailed in Plaintiff's complaint and opposition to motion to dismiss, the
9   securities fraud allegations in *Dawson* relate directly to the Mr. Baig's protected reports of
10  securities law violations during his employment with Meta.
11  Federal Rule of Evidence 201(b) permits a court to take judicial notice of a fact that is not
12  subject to reasonable dispute because it:
13      (1) is generally known within the trial court's territorial jurisdiction; or
14      (2) can be accurately and readily determined from sources whose accuracy cannot
15  reasonably be questioned.
16  The existence of *Dawson* and its procedural posture are matters of public record and can be
17  verified through the District Cout docket. A true and correct copy of the complaint is attached
18  hereto as Exhibit A.

DATED: February 11, 2026        SCHONBRUN SEPLOW HARRIS
                                HOFFMAN & ZELDES LLP

                                        */s/ Wilmer J. Harris*
                                By: _____
                                        Wilmer J. Harris
                                        Amanda E. Johnson
                                *Attorneys for Plaintiff, Attaullah Baig*