ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

PAUL C. EVANS (admitted *pro hac vice*)
paulevans@paulhastings.com
JEFFREY A. STURGEON (admitted *pro hac vice*)
jeffreysturgeon@paulhastings.com
DANIEL S. RICHARDS (admitted *pro hac vice*)
danrichards@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000

Attorneys for Defendants
META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, NITIN GUPTA, WILL
CATHCART AND MARK ZUCKERBERG

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-7604 - LB<br><br>**JOINT STIPULATION TO VACATE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT AND SET REVISED BRIEFING SCHEDULE**<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date:        Not Set |

JOINT STIPULATION TO VACATE THE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED
MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Attaullah Baig ("Plaintiff") and Defendants Meta Platforms, Inc. ("Meta"), Pinaki Mukerji, Mark Tsimelzon, Nitin Gupta, Will Cathcart and Mark Zuckerberg (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate to a vacatur of the current deadlines for briefing on Defendants' anticipated motion to dismiss the Corrected First Amended Complaint ("FAC"):

WHEREAS, on March 23, 2026, the Court issued its Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint without prejudice (Dkt. 70);

WHEREAS, on April 6, 2026, the Court entered its Order (Dkt. 75) setting the following deadlines: (i) Plaintiff's FAC due by April 24, 2026; (ii) Defendants' anticipated Motion to Dismiss due May 29; (iii) Plaintiff's Opposition due June 29; and (iv) Defendants Reply due July 20;

WHEREAS, Plaintiff filed his FAC on April 24, 2026 (Dkt. 76) and filed a Corrected FAC on May 5, 2026 (Dkt 78);

WHEREAS, on May 15, 2026, Defendant Meta provided Plaintiff with notice of its intention to seek sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure if Plaintiff did not remove allegedly false allegations in his Corrected FAC stating that WhatsApp misrepresents that its product is end-to-end encrypted and/or that WhatsApp employees cannot read the content of user messages;

WHEREAS, Plaintiff disagrees with the characterization of any of Plaintiff's allegations in the Corrected First Amended Complaint as false, but has agreed that certain of Plaintiff's allegations will be clarified;

WHEREAS, Plaintiff and Meta have met and conferred and believe they will be able to negotiate changes to the Corrected FAC that address Meta's concerns without the need for motion practice;

WHEREAS, without the revised schedule stipulated to herein, Defendants' Motion to Dismiss the Corrected FAC would be due before the finalization of the Parties' agreement and would be moot upon the anticipated stipulation for leave for Plaintiff to file a Second Amended Complaint ("SAC");

WHEREAS, good cause exists for a vacatur of the current deadlines for briefing on Defendants' anticipated motion to dismiss the Corrected FAC;

WHEREAS, the parties believe the modified briefing schedule and revised hearing date sought here will not prejudice any party or result in undue delays;

NOW, THEREFORE, the parties, through their respective counsel, stipulate to request an Order as follows:

1. The current deadlines for briefing on Defendants' anticipated Motion to Dismiss the Corrected FAC are vacated.

2. Plaintiff will provide a draft of the SAC to Defendants on or before June 2, 2026.

3. The parties will meet and confer over a stipulation for the filing of the SAC on or before June 10, 2026.

4. If the parties reach an agreement to resolve the concerns raised by Meta regarding certain allegations in Plaintiff's Corrected FAC, then:

    a. Plaintiff will file the SAC on or before June 15, 2026;

    b. Defendants will move to dismiss the SAC on or before June 29, 2026;

    c. Plaintiff will oppose Defendants' Motion to Dismiss on or before August 4, 2026;

    d. Defendants will submit a reply in support of their Motion to Dismiss on or before August 26, 2026; and

    e. The Case Management Conference currently scheduled for August 6, 2026 will be rescheduled to September 17, 2026.[1]

5. If the parties cannot resolve the concerns raised by Meta regarding certain allegations in Plaintiff's Corrected FAC, then Meta expressly reserves all rights, including the right to oppose the operative pleading and to seek Rule 11 sanctions, and Plaintiff will alert the Court on or before June 15 either that he intends to move or apply *ex parte* for leave to amend the Corrected FAC or that he does not. Should Plaintiff not move or apply for leave to amend the Corrected FAC, then:

    a. Defendants will move to dismiss the Corrected FAC on or before June 25, 2026;

---

[1] For future scheduling purposes, Plaintiff advises the Court that Plaintiff's lead trial counsel, Wilmer Harris, is unavailable October 4, 2026 through November 2, 2026.

JOINT STIPULATION TO VACATE THE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

3

Case No. 3:25-CV-07604-LB

b. Defendants will serve any Motion for Sanctions on Plaintiff on or before June 25, 2026 and the parties anticipate the motion will be heard at the same time as Defendants' Motion to Dismiss;

c. Plaintiff will oppose Defendants' Motion to Dismiss on or before August 14, 2026;

d. Defendants will submit a reply in support of their Motion to Dismiss on or before September 1, 2026; and

e. The Case Management Conference currently scheduled for August 6, 2026 will be rescheduled to September 17, 2026.

**IT IS SO STIPULATED.**

*[signature page to follow]*

JOINT STIPULATION TO VACATE THE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

4

Case No. 3:25-CV-07604-LB

Dated: May 28, 2026


SCHONBRUN SEPLOW HARRIS                PAUL HASTINGS LLP
HOFFMAN & ZELDES LLP


By: _____*/s/ Wilmer J. Harris*_____      By: _____*/s/ Daniel S. Richards*_____
        Wilmer J. Harris, SBN 150407               Elena R. Baca (SBN 160564)
        (wharris@sshhzlaw.com)                      (elenabaca@paulhastings.com)
        Amanda E. Johnson, SBN 342500               Paul C. Evans (*pro hac vice*)
        (ajohnson@sshhzlaw.com)                     (paulevans@paulhastings.com)
        SCHONBRUN SEPLOW HARRIS                     Jeffrey A. Sturgeon (*pro hac vice*)
        HOFFMAN & ZELDES LLP                        (jeffreysturgeon@paulhastings.com)
        715 Fremont Avenue, Suite A                 Daniel S. Richards (*pro hac vice*)
        South Pasadena, CA. 91030                   (danrichards@paulhastings.com)
        Telephone: (626) 441-4129
        Facsimile: (626) 283-5770
                                                *Attorneys for Defendants META Platforms, Inc.,*
*Attorneys for Plaintiff, Attaullah Baig*        *Pinaki Mukerji, Mark Tsimelzon, Nitin Gupta,*
                                                *Will Cathcart and Mark Zuckerberg*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, PAUL C. EVANS, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _____, in Philadelphia, Pennsylvania.

_____
Paul C. Evans