**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>        Plaintiff,<br><br>    vs.<br><br>META PLATFORMS, INC., a corporation;<br>PINAKI MUKERJI; MARK TSIMELZON;<br>NITIN GUPTA; WILL CATHCART; MARK<br>ZUCKERBERG; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 3:25-cv-7604 - LB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT AND SET REVISED BRIEFING SCHEDULE**<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date:     Not Set |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE THE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB

**[~~PROPOSED~~] ORDER**

Having reviewed the Parties' Joint Stipulation to Vacate Current Deadlines for Briefing On Defendants' Anticipated Motion to Dismiss Plaintiff's Corrected First Amended Complaint and Set Revised Briefing Schedule, and finding good cause therefor, the Court hereby GRANTS the Stipulation and orders as follows:

1. The current deadlines for briefing on Defendants' anticipated Motion to Dismiss the Corrected First Amended Complaint ("FAC") are vacated.

2. Plaintiff will provide a draft of the Second Amended Complaint ("SAC") to Defendants on or before June 2, 2026.

3. The parties will meet and confer over a stipulation for the filing of the SAC on or before June 10, 2026.

4. If the parties reach an agreement to resolve the concerns raised by Defendant Meta Platforms, Inc. ("Meta") regarding certain allegations in Plaintiff's Corrected FAC, then:

    a. Plaintiff will file the SAC on or before June 15, 2026;

    b. Defendants will move to dismiss the SAC on or before June 29, 2026;

    c. Plaintiff will oppose Defendants' Motion to Dismiss on or before August 4, 2026;

    d. Defendants will submit a reply in support of their Motion to Dismiss on or before August 26, 2026; and

    e. The Case Management Conference currently scheduled for August 6, 2026 will be rescheduled to September 17, 2026.

5. If the parties cannot resolve the concerns raised by Meta regarding certain allegations in Plaintiff's Corrected FAC, then Meta expressly reserves all rights, including the right to oppose the operative pleading and to seek Rule 11 sanctions, and Plaintiff will alert the Court on or before June 15 either that he intends to move or apply *ex parte* for leave to amend the Corrected FAC or that he does not. Should Plaintiff not move or apply for leave to amend the Corrected FAC, then:

    a. Defendants will move to dismiss the Corrected FAC on or before June 25, 2026;

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE THE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB

b.  Defendants will serve any Motion for Sanctions on Plaintiff on or before June 25, 2026 and the parties anticipate the motion will be heard at the same time as Defendants' Motion to Dismiss;

c.  Plaintiff will oppose Defendants' Motion to Dismiss on or before August 14, 2026;

d.  Defendants will submit a reply in support of their Motion to Dismiss on or before September 1, 2026; and

e.  The Case Management Conference currently scheduled for August 6, 2026 will be rescheduled to September 17, 2026.

**IT IS SO ORDERED.**

DATED: _____    May 29, 2026

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE THE CURRENT DEADLINES FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB