ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

PAUL C. EVANS (*pro hac vice*)
paulevans@paulhastings.com
JEFFREY A. STURGEON (*pro hac vice*)
jeffreysturgeon@paulhastings.com
DANIEL S. RICHARDS (*pro hac vice*)
danrichards@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000

Attorneys for Defendants
META PLATFORMS, INC., PINAKI MUKERJI,
MARK TSIMELZON, NITIN GUPTA,
WILL CATHCART AND MARK ZUCKERBERG

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>                    Plaintiff,<br><br>          vs.<br><br>META PLATFORMS, INC., a corporation;<br>PINAKI MUKERJI; MARK TSIMELZON;<br>NITIN GUPTA; WILL CATHCART;<br>MARK ZUCKERBERG; and DOES 1-10,<br>inclusive,<br><br>                    Defendants. | Case No. 3:25-cv-7604 - LB<br><br>**JOINT STIPULATION TO EXTEND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date:         Not Set |

JOINT STIPULATION TO EXTEND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES IN
SUPPORT OF AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT

Pursuant to Civil Local Rule 7-12, Plaintiff Attaullah Baig and Defendants Meta Platforms, Inc. ("Meta"), Pinaki Mukerji, Mark Tsimelzon, Nitin Gupta, Will Cathcart and Mark Zuckerberg ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on June 10, 2026, Plaintiff filed a Second Amended Complaint against Defendants. Dkt. No. 81. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") is due on June 29, 2026;

WHEREAS, Plaintiff intends to file an opposition to Defendants' Motion.

WHEREAS, due to the complexity of the issues presented in and the length of Plaintiff's Second Amended Complaint, the Parties agree that a five-page extension of the page limits applicable to the briefs in support of and in opposition to the Motion is necessary for the Court to receive comprehensive briefing of the issues;

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1.      Defendants shall be allowed an additional five pages (for a total of up to 30 total pages, exclusive of tables and cover page) for their memorandum of points and authorities in support of the Motion; and

2.      Plaintiff shall be allowed an additional five pages (for a total of up to 30 total pages, exclusive of tables and cover page) for his memorandum of points and authorities in opposition to the Motion.

**IT IS SO STIPULATED.**

*[signature page to follow]*

JOINT STIPULATION TO EXTEND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB

Dated: June 23, 2026

SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP

PAUL HASTINGS LLP

By:     /s/Amanda E. Johnson
      Wilmer J. Harris, SBN 150407
      (wharris@sshhzlaw.com)
      Amanda E. Johnson, SBN 342500
      (ajohnson@sshhzlaw.com)
      SCHONBRUN SEPLOW HARRIS
      HOFFMAN & ZELDES LLP
      715 Fremont Avenue, Suite A
      South Pasadena, CA. 91030
      Telephone: (626) 441-4129
      Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

By: _____
      Elena R. Baca (SBN 160564)
      (elenabaca@paulhastings.com)
      515 South Flower Street
      Twenty-Fifth Floor
      Los Angeles, California 90071-2228
      Telephone: 1(213) 683-6000
      Facsimile: 1(213) 627-0705

      Paul C. Evans (*pro hac vice*)
      paulevans@paulhastings.com
      Jeffrey A. Sturgeon *pro hac vice*)
      jeffreysturgeon@paulhastings.com
      Daniel S. Richards (*pro hac vice)*
      danrichards@paulhastings.com
      200 Park Avenue
      New York, NY 10166
      Telephone: 1(212) 318-6000

*Attorneys for Defendants Meta Platforms, Inc.,*
*Pinaki Mukerji, Mark Tsimelzon, Nitin Gupta,*
*Will Cathcart and Mark Zuckerberg*

JOINT STIPULATION TO EXTEND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES IN
SUPPORT OF AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, PAUL C. EVANS, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd Day of June, 2026, in Philadelphia, Pennsylvania.

_____

Paul C. Evans

JOINT STIPULATION TO EXTEND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB