Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 324500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>              Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive, Defendants.<br><br>          Defendants. | Case No. 3:25-CV-07604<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: September 17, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Laurel D. Beeler<br>Crtm: 1, 4th Floor<br><br><br>Complaint Filed: September 8, 2025<br>Trial Date:    Not Set |

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Case No. 3:25-CV-07604-LB

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff, Attaullah Baig, respectfully requests that the Court take judicial notice of the following documents in support of Plaintiff's Opposition to Defendants' Motion to Dismiss:

**Exhibit 1:**    Form 10-K filing submitted to U.S. Securities and Exchange Commission ("SEC") by Meta for fiscal year ended December 31, 2020. This document can be accessed via the following link: https://www.sec.gov/Archives/edgar/data/1326801/000132680121000014/fb-20201231.htm.

**Exhibit 2:**    Form 10-K filing submitted to SEC by Meta for fiscal year ended December 31, 2021. This document can be accessed via the following link: https://www.sec.gov/Archives/edgar/data/1326801/000132680122000018/fb-20211231.htm or

**Exhibit 3:**    Meta's 2022 Proxy Statement Pursuant to Section 14 (a) of the Securities Exchange Act of 1934. The document can be accessed via the following link: https://www.sec.gov/Archives/edgar/data/1326801/000132680122000043/meta2022definitiveproxysta.htm.

Under Federal Rule of Evidence 201(b), judicial notice may be taken of facts that are not in dispute either because they are (1) "generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b).

Courts take judicial notice of publicly filed documents and publicly available financial data. Exhibits 1 through 3, Meta's 10-K filings and Proxy Statement, are public record filed with the SEC pursuant to the Securities Exchange Act of 1934 and are available on the SECs official website and the Ninth Circuit has routinely taken judicial notice of such filings. See *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049 (9th Cir. 2008); *Dreiling v. Am. Express Co.,* 458 F.3d 942 (9th Cir. 2006).

//

//

//

//

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of the documents in this judicial notice.

DATED: August 4, 2026                    SCHONBRUN SEPLOW HARRIS
                                         HOFFMAN & ZELDES LLP

                                              */s/ Wilmer J. Harris*
                                         By: _____
                                              Wilmer J. Harris
                                              Amanda E. Johnson
                                         *Attorneys for Plaintiff, Attaullah Baig*