Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
Emily C. Barbour, SBN 337185
ebarbour@sshhzlaw.com
Katherine A. Wardlaw, SBN 353297
kwardlaw@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG, | Case No. 3:25-cv-07604 - LB |
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA RE: OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive, | |
| | Judge: Hon. Laurel Beeler, U.S. Magistrate Judge |
| Defendants. | Complaint filed: September 8, 2025 Trial date:   Not Set |

PLEASE TAKE NOTICE that on August 4, 2026, Plaintiff Attaullah Baig filed his Opposition to Defendants' Motion to Dismiss the Second Amended Complaint in this matter. (Dkt. 86.) Plaintiff inadvertently filed the Opposition to Defendants' Motion to Dismiss the Second Amended Complaint with inaccuracies.

Plaintiff will file a *Corrected* Opposition to Defendants' Motion to Dismiss the Second Amended Complaint with the identified inaccurate information corrected. Below is a chart of all corrections made to the Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 86). A true and correct copy of blackline compare of the Opposition to Defendants' Motion to Dismiss the Second Amended Complaint against the Corrected Opposition to Defendants' Motion to Dismiss the Second Amended Complaint is attached hereto as Exhibit A.

| Page, Line No. (Blackline Copy) | Substance of Change |
| --- | --- |
| Caption and footer on every page | Delete: "Plaintiff's" <br> Add: "*Corrected*" before "Opposition to Defendant's Motion to Dismiss Second Amended Complaint" |
| Page 9, line 19 | Change: "Occupational Health and Safety Administration" <br> to <br> "Occupational Safety and Health Administration" |
| Page 9, line 21 | Add: "s" to "require" |
| Page 13, line 13 | Add: ¶ 109 to the pincite |
| Page 13, line 21–22 | Add: period; "SAC ¶¶ 103, 142." <br> Delete: "and stated that"; quotation marks <br> Change: "leadership's" to "Leadership's" |
| Page 14, line 20 | Delete: "made" |
| Page 14, lines 22–23 | Change: ¶ 230 to ¶ 231 <br> Change: ¶ 203 to ¶ 202 |
| Page 19, line 11 | Change: 2024 to 2025 |

| Page 20, line 24 | Change: (Mot. 18–19, 23–24.)<br><br>to<br><br>(Mot. 13, 17.) |
| --- | --- |
| Page 24, line 17 | Change: "Baig's reports also violated Rule 13b2-2(b)"<br><br>to<br><br>"Baig also reported conduct which violated Rule 13b2-2(b)" |
| Page 25, line 2 | Add: "in January 2025" |
| Page 25, line 18 | Add: "Dkt. 50-3 at 57." |
| Page 29, line 6 | Change: pincite from 80–82 to 78–79 |
| Page 30, lines 21–22 | Change: "he" and "his"<br><br>to<br><br>"she" and "her" |
| Page 31, line 16 | Delete: period |
| Page 33, line 18 | Add: two periods<br><br>Delete: comma |

DATED: August 14, 2026

SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP

*/s/Wilmer J. Harris*
By: _____
　　　Wilmer J. Harris
　　　Amanda E. Johnson
*Attorneys for Plaintiff, Attaullah Baig*