Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
Katherine A. Wardlaw, SBN 353297
Kwardlaw@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-7604 - LB<br><br>**DECLARATION OF WILMER J. HARRIS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTION TO NEW MATTER**<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date: Not Set |

I, Wilmer J. Harris, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the Courts of the State of California and admitted before this Court. I am a partner at Schonbrun Seplow Harris Hoffman & Zeldes LLP, counsel of record for Plaintiff Attaullah Baig. I have personal knowledge of the matters stated below and, if called as a witness, could and would testify competently to them.

2. I submit this declaration pursuant to Civil Local Rule 7-11(a) in support of Plaintiff's Administrative Motion for Leave to File Objection to New Matter Raised for the First Time in Defendants' Reply.

3. I have reviewed Defendants' Memorandum of Points and Authorities in Support of their Motion to Dismiss the Second Amended Complaint (ECF No. 84-1) and Defendants' Reply Memorandum in Further Support of that motion (ECF No. 90). The moving brief does not contain the phrase "Section 17(a)" or cite 15 U.S.C. § 77q(a), *SEC v. Trabulse*, 526 F. Supp. 2d 1001 (N.D. Cal. 2007), or the *Commission Statement and Guidance on Public Company Cybersecurity Disclosures*, 83 Fed. Reg. 8166 (Feb. 26, 2018).

4. On September 3, 2026, Plaintiff's counsel sent defense counsel a meet and confer letter, informing them that Mr. Baig intended to file an Administrative Motion for Leave to File an Objection to New Matter Raised for the First Time in Defendants' Reply. Plaintiff's counsel enclosed the proposed Objection and asked whether defense counsel would stipulate to the filing of the Objection under Civil Local Rule 7-12.

5. On September 4, 2026, defense counsel informed Plaintiff's counsel that they opposed the motion and would file a responsive brief in accordance with the Local Rules.

6. I am therefore filing this declaration to confirm that a stipulation could not be obtained.

//

//

//

//

//

//

7. The hearing on Defendants' motion is set for September 17, 2026. Granting the relief requested will not affect that date or any other date in this case.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on September 4, 2026 at South Pasadena, California

*/s/ Wilmer J. Harris*
By: ______________________________________
Wilmer J. Harris