**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; WILL CATHCART; MARK ZUCKERBERG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-7604 - LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTION TO NEW MATTER RAISED FOR THE FIRST TIME IN DEFENDANTS' REPLY**<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date: Not Set |

**[PROPOSED] ORDER**

Having reviewed Plaintiff Attaullah Baig's Administrative Motion for Leave to File Objection to New Matter Raised for the First Time in Defendants' Reply, the Court hereby ORDERS as follows:

1. The motion is GRANTED.

2. Plaintiff's Objection to New Matter Raised for the First Time in Defendants' Reply, lodged concurrently with the motion, is deemed filed as of the date of this Order.

3. Defendants may file a response to the Objection, not to exceed five pages, no later than four days after the filing of Plaintiff's motion.

Dated:

____________________________________
UNITED STATES DISTRICT JUDGE
LAUREL BEELER