Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-7604 - LB<br><br>**JOINT STIPULATION TO MODIFY DEADLINES FOR FILING OF THE THIRD AMENDED COMPLAINT AND RESPONSIVE PLEADING**<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date: Not Set |

Pursuant to Civil Local Rule 7-12, Plaintiff Attaullah Baig ("Plaintiff") and Defendants Meta Platforms, Inc. ("Meta"), Pinaki Mukerji, Mark Tsimelzon, and Nitin Gupta, (collectively, "Defendants"), by and through their attorneys of record, hereby file this joint stipulation for the filing of Plaintiff's Third Amended Complaint ("TAC") and Defendants' deadline for filing a responsive pleading:

WHEREAS, on September 18, 2026, the Court issued its Order Granting in Part and Denying in Part Motion to Dismiss Second Amended Complaint ("September 18 Order") (Dkt. 93), which grants Plaintiff leave to file a TAC;

WHEREAS, the introduction of the September 18, 2026 Order provided that Plaintiff must file a TAC within 14 days, whereas the end of the Order provided that Plaintiff must file within 28 days and Defendants must answer or otherwise respond within 21 days after the TAC is filed;

WHEREAS, on September 24, 2026, the Court issued an Amended Order Granting in Part and Denying in Part Motion to Dismiss Second Amended Complaint (Dkt. 94) ("September 24 Order"), which sets October 2, 2026 as the deadline for Plaintiff to file a TAC (i.e. 14 days after the September 18 Order) and requires Defendants answer or otherwise respond within 14 days after the TAC is filed;

WHEREAS, counsel for the parties have conferred and agree to a joint stipulation proposing the following modified schedule:

1. Plaintiff will file his TAC within 28 days of the September 18 Order (i.e. by October 16, 2026);
2. Defendants will file an answer or otherwise respond within 21 days of the filing of the TAC.

WHEREAS, good cause exists to grant this joint stipulation and the modified schedule sought here will not prejudice any party or result in undue delays;

NOW, THEREFORE, the parties, through their respective counsel, stipulate to request an Order as follows:

1. Plaintiff will file the TAC on or before October 16, 2026;
2. Defendants will answer or otherwise respond within 21 days of the filing of the TAC.

**IT IS SO STIPULATED.**

Dated: September 28, 2026

SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP

By: */s/ Wilmer J. Harris*

Wilmer J. Harris, SBN 150407
(wharris@sshhzlaw.com)
Amanda E. Johnson, SBN 342500
(ajohnson@sshhzlaw.com)
SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

PAUL HASTINGS LLP

By: */s/ Daniel S. Richards*

Elena R. Baca (SBN 160564)
(elenabaca@paulhastings.com)
Paul C. Evans (*pro hac vice*)
(paulevans@paulhastings.com)
Jeffrey A. Sturgeon (*pro hac vice*)
(jeffreysturgeon@paulhastings.com)
Daniel S. Richards (*pro hac vice*)
(danrichards@paulhastings.com)

*Attorneys for Defendants META Platforms, Inc., Pinaki Mukerji, Mark Tsimelzon, and Nitin Gupta*