Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-07604-LB<br><br>**DECLARATION OF AMANDA E. JOHNSON IN SUPPORT OF DELAYED FILING OF PLAINTIFF'S THIRD AMENDED COMPLAINT DUE TO ECF TECHNICAL FAILURE (Civil L.R. 5-1(d)(5))**<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date: Not Set |

**DECLARATION OF AMANDA E. JOHNSON**

I, Amanda E. Johnson, declare as follows:

1. I am an attorney at the law firm of Schonbrun Seplow Harris Hoffman & Zeldes LLP, and I am admitted to practice before all courts of the State of California and this Court. I am one of the attorneys of record for Plaintiff Attaullah Baig ("Plaintiff"). The facts set forth in this Declaration are true and of my own personal knowledge, except as to those made on information and belief. If called as a witness, I could and would testify competently under oath to the facts set forth herein.

2. I make this declaration pursuant to Northern District of California Civil Local Rule 5-1(d)(5) in support of the delayed filing of Plaintiff's Third Amended Complaint ("TAC") due to a technical failure of the Court's CM/ECF system.

3. Plaintiff's counsel prepared the TAC for timely filing on October 13, 2026, as required by the Court's October 1, 2026 Order (ECF No. 98) setting October 13, 2026 as the deadline for filing the TAC.

4. On the evening of October 13, 2026, I was alerted by paralegal Kristina Akopyan to a technical failure on the CM/ECF system. As set forth in the concurrently filed Declaration of Kristina Akopyan, Ms. Akopyan attempted to file the TAC on October 13, 2026 repeatedly over the course of nearly three hours, but each time was unable to log into the system.

5. Upon learning of the technical failure, I made numerous attempts to access the CM/ECF system using my login credentials, but on each attempt, I experienced the same technical issues that were preventing Ms. Akopyan from filing.

6. Local Rule 5-1(d)(5) provides that "[t]he Clerk shall deem the ECF system to be subject to a technical failure on a given day if the system is unable to accept filings continuously or intermittently over the course of any period of time greater than one hour after 12:00 noon that day." Civil L.R. 5-1(d)(5).

7. The TAC was not filed on October 13, 2026 solely because of this technical failure.

8. Plaintiff filed the TAC today, October 14, 2026, at approximately 9:03 am. (ECF No. 99.)

9. Pursuant to Local Rule 5-1(d)(5), Plaintiff's TAC is timely filed on October 14, 2026,

the next court day after the technical failure. *See* Civil L.R. 5-1(d)(5) ("Filings due on the day of a technical failure which were not filed solely due to such technical failure shall be due the next court day.")

10. Defendants are not prejudiced by the filing of the TAC on October 14, 2026, because defense counsel was served with a copy of the TAC on October 13, 2026. *See* Exhibit 1 to the concurrently filed Declaration of Kristina Akopyan.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 14, 2026 at South Pasadena, California.



Amanda E. Johnson