Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ATTAULLAH BAIG,

Plaintiff,

vs.

META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; and DOES 1-10, inclusive,

Defendants.

Case No. 3:25-cv-07604-LB

**DECLARATION OF KRISTINA AKOPYAN IN SUPPORT OF DELAYED FILING OF PLAINTIFF'S THIRD AMENDED COMPLAINT DUE TO ECF TECHNICAL FAILURE**

**(Civil L.R. 5-1(d)(5))**

Judge: Hon. Laurel Beeler, U.S. Magistrate Judge

Complaint filed: September 8, 2025
Trial date: Not Set

**DECLARATION OF KRISTINA AKOPYAN**

I, Kristina Akopyan, declare as follows:

1. I am a paralegal at the law firm of Schonbrun Seplow Harris Hoffman & Zeldes, LLP. I work under the supervision of Wilmer J. Harris and Amanda E. Johnson, attorneys of record for Plaintiff Attaullah Baig. The facts set forth in this Declaration are true and of my own personal knowledge, except as to those made on information and belief. If called as a witness, I could and would testify competently under oath to the facts set forth herein.

2. I make this declaration pursuant to Civil Local Rule 5-1(d)(5) in support of the delayed filing of Plaintiff's Third Amended Complaint due to a technical failure of the Court's CM/ECF system.

3. On October 13, 2026, I was directed to file Plaintiff's Third Amended Complaint ("TAC"), pursuant to the Court's October 1, 2026 Order. (ECF 98).

4. At approximately 6:20 pm on October 13, 2026, I tried to log in to CM/ECF for the Northern District of California to file the TAC but was unable to log in to the system. After entering the log in credentials for Wilmer J. Harris, the system paused and eventually timed out.

5. I continued my attempts to log in using different web browsers until 7:00 pm without any success. Thereafter, I tried logging in at 7:30 pm, 8:30 pm, and 9:00 pm without any success.

6. At approximately 7:50 pm, I emailed the PACER Help Desk to inform them of the issues I was having logging in.

7. After many unsuccessful attempts to file the TAC, Mr. Harris advised that I transmit a PDF copy of the TAC via email to Judge Beeler's Courtroom Deputy Clerk, copying all defense counsel, advising them of the technical issue we were encountering on the CM/ECF system that was preventing the filing of the TAC. Attached hereto and marked as Exhibit 1 is a true and correct copy of my email sent at 9:16 pm on October 13, 2026.

8. On October 14, 2026, at approximately 8:45 am, I tried logging in to PACER to file the TAC. I was able to log in without any issues and e-filed the TAC at approximately 9:03 am. (ECF No. 99.)

9. On October 14, 2026, I also contacted the PACER Help Desk and the Northern District

ECF Help Desk to inquire about the issues I had encountered the previous night. I was informed by the Northern District ECF Help Desk that they had received reports of issues with their system for a period of time on October 13, 2026, which they were looking into. At the time of my call, at 9:15 a.m., they had not determined the source of the issue but had restored the service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 14, 2026, at South Pasadena, California.

Kristina Akopyan