# EXHIBIT 1

**From:** Kristina Akopyan
**To:** LBCRD@cand.uscourts.gov
**Cc:** Wilmer Harris; Amanda Johnson; Evans, Paul; Richards, Dan S.; Baca, Elena R.; Sturgeon, Jeffrey
**Subject:** 3:25-cv-07604-LB Baig v. Meta Platforms, Inc. et al (TAC)
**Date:** Tuesday, October 13, 2026 9:16:26 PM
**Attachments:** 2026.10.13.Baig v Meta_Third Amended Complaint.pdf

Attached please find Plaintiff's Third Amended Complaint due for filing today. I have been attempting to file it through the Court's ECF system for several hours. Unfortunately, the system will not let me log in to complete the filing.

I am copying counsel for Meta on this email and will be in touch with the Court's help desk in the morning for further assistance.

