UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, NITIN GUPTA, WILL CATHCART AND MARK ZUCKERBERG,<br><br>Defendants. | CASE NO. 3:25-CV-07604-LDB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

On October 27, 2026, Defendants Meta Platforms, Inc. ("Meta"), Pinaki Mukerji, Mark Tsimelzon, and Nitin Gupta (collectively, "Defendants") moved to dismiss Plaintiff's Attaullah Baig's Third Amended Complaint ("Motion"). Defendants asked the Court to dismiss with prejudice Baig's Third Amended Complaint ("TAC") in its entirety for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), or alternatively, to dismiss in part and strike in part pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f).

Baig failed to plead that any alleged decisionmaker knew of his alleged protected activity under the Sarbanes-Oxley Act ("SOX"). He therefore failed to state a claim upon which relief can be granted against any Defendant.

Even if he had not, SOX does not cover many of the alleged protected activities in the TAC. The SAC also exceeded the scope of the protected activities set forth in this Court's September 2026 Order Dismissing in Part Baig's Second Amended Complaint. All such allegations would be stricken even if the TAC survived.

The Court, having considered Defendants' Motion and all briefing and evidence provided by the parties in support of and in opposition to the Motion, and finding good cause, hereby **GRANTS** Defendants' Motion, and dismisses the SAC in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
Hon. Laurel D. Beeler
United States Magistrate Judge