PAUL HASTINGS LLP
Elena R. Baca (SB# 160564)
elenabaca@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Paul C. Evans (*pro hac vice*)
paulevans@paulhastings.com
Jeffrey A. Sturgeon (*pro hac vice*)
jeffreysturgeon@paulhastings.com
Daniel S. Richards (*pro hac vice*)
danrichards@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000

Attorneys for Defendants
META PLATFORMS, INC., PINAKI MUKERJI,
MARK TSIMELZON, AND NITIN GUPTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATTAULLAH BAIG,

Plaintiff,

vs.

META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, NITIN GUPTA, WILL CATHCART AND MARK ZUCKERBERG,

Defendants.

CASE NO. 3:25-CV-07604-LDB

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS**

Date: December 3, 2026
Time: 9:30 a.m.
Judge: Hon. Laurel D. Beeler
Courtroom: B, 15th Floor

## I. INTRODUCTION

Defendants Meta Platforms, Inc., Pinaki Mukerji, Mark Tsimelzon, and Nitin Gupta (collectively "Defendants") ask this Court to take judicial notice of the Occupational Safety and Health Administration's ("OSHA") February 13, 2025, findings with respect to the complaint Plaintiff Attaullah Baig filed with OSHA. OSHA's findings are attached as **Exhibit A** to the Declaration of Elena R. Baca ("Baca Declaration"). Defendants submit OSHA's findings in support of Defendants' Motion to Dismiss, or in the alternative, Motion to Dismiss in Part and Strike (the "Motion") Baig's Third Amended Complaint.

## II. ARGUMENT

A matter may be judicially noticed if it "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." FED. R. EVID. 201(b). This Court previously granted Defendants' request to have the very same OSHA record. ECF No. 70 at 5. And with good reason: Records of administrative bodies such as OSHA are proper subjects of judicial notice because their accuracy is not reasonably subject to question. *See, e.g.*, *United States v. 14.02 Acres of Land More or Less in Fresno Cnty.*, 547 F.3d 943, 955 (9th Cir. 2008) (affirming order taking judicial notice of Department of Energy study not included in pleadings on Rule 12(d) motion because "[j]udicial notice is appropriate for records and reports of administrative bodies" (citation modified)); *Lenk v. Monolithic Power Sys. Inc.*, No. 16-cv-02625-BLF, 2017 WL 1832198, at *2 n.2 (N.D. Cal. May 8, 2017) (ruling on motion to dismiss that "[t]he Court may take judicial notice of the EEOC charge as the record of an administrative body"); *Madani v. Cty. of Santa Clara*, No. 16-CV-07026-LHK, 2017 U.S. Dist. LEXIS 42694, at *10 (N.D. Cal. Mar. 23, 2017) (charges filed with EEOC and DFEH are judicially noticeable); *Dornell v. City of San Mateo*, 19 F. Supp. 3d 900, 904 n.3 (N.D. Cal. Nov. 7, 2013) (same as *Madani*).

In addition, "[o]n a motion to dismiss, [the Court] may take judicial notice of matters of public record outside the pleadings" like OSHA's findings. *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986); *accord Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988) ("In addition to the complaint, it is proper for the district court to 'take judicial notice of matters of public record outside the pleadings' and consider them for purposes of the motion to dismiss." (quoting *Weisman*, 803 F.2d at 504)); *e.g.*, *Mack v. S. Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (holding that district court did not err in considering unemployment insurance appeals board decision on Rule 12(b)(6) motion), *abrogated on other grounds by Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).

OSHA's findings therefore are judicially noticeable, and this Court may consider them in connection with the Motion. Doing so will assist the Court in resolving Defendants' Motion.

## III. CONCLUSION

For the aforementioned reasons, Defendants respectfully request that the Court take judicial notice of **Exhibit A** to the Baca Declaration.

DATED: October 27, 2026

PAUL HASTINGS LLP

By: ______________________

Elena R. Baca

Attorneys for Defendants
META PLATFORMS, INC., PINAKI MUKERJI, MARK TSIMELZON, AND NITIN GUPTA