Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ATTAULLAH BAIG,

Plaintiff,

vs.

META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; and DOES 1-10, inclusive,

Defendants.

Case No. 3:25-CV-07604-LB

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Date: December 3, 2026
Time: 9:30 a.m.
Ctrm.: B, 15th Floor

Judge: Hon. Laurel Beeler, U.S. Magistrate Judge

Complaint filed: September 8, 2025
Trial date: Not Set

Pursuant to Federal Rule of Evidence 201, Plaintiff Attaullah Baig requests that the Court take judicial notice of the following in connection with his opposition to Defendants' motion to dismiss the Third Amended Complaint (ECF No. 103). Plaintiff does not request notice of the truth of any contested fact in these documents.

1. **Exhibit A:** Securities and Exchange Commission Press Release 2023-227, "SEC Charges SolarWinds and Chief Information Security Officer with Fraud, Internal Control Failures" (Oct. 30, 2023) (Ex. A to Declaration of Wilmer J. Harris ("Harris Decl.")). The release is a publication on a government agency's official website, and notice is requested of its existence and contents, not the truth of the allegations it describes. *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010). The January 2, 2024 email that Defendants placed in the record (Baca Decl. Ex. C) hyperlinked this release. (*See* Declaration of Attaullah Baig, "Baig Decl.," Ex. 1.)

2. **Exhibit B:** Press release of the United States Attorney's Office for the Northern District of California, "Former Chief Security Officer Of Uber Sentenced To Three Years' Probation For Covering Up Data Breach Involving Millions Of Uber User Records" (May 5, 2023) (Ex. B to Harris Decl.), on the same basis. The same email hyperlinked this release. (*See* Baig Decl., Ex. 1.)

3. **Exhibit C:** The announcement posted on this Court's public website on July 16, 2026, "U.S. Magistrate Judge Laurel Beeler to Conclude Judicial Service on November 12, 2026" (Ex. C to Harris Decl.), a public record of this Court whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2).

4. The Court's own records in this action, including the Order Granting Motion to Dismiss (ECF No. 70), the Stipulation and Order regarding withdrawal of the First Amended Complaint (ECF No. 79), Defendants' Motion to Dismiss the Second Amended Complaint and supporting papers (ECF Nos. 84, 84-1, 86 and its exhibits), Defendants' Reply (ECF No. 90), and the Amended Order (ECF No. 94). *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).

5. The excerpts of Meta Platforms, Inc.'s Annual Report on Form 10-K for fiscal year 2023 that Defendants filed with their motion to dismiss the Second Amended Complaint (ECF No. 86-3), for the fact of the statements made to investors and not for their truth. *Khoja v. Orexigen Therapeutics,*

*Inc.*, 899 F.3d 988, 999–1001 (9th Cir. 2018); *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008).

The unpublished and administrative decisions attached as Exhibits D through E to the Harris Declaration are submitted for the Court's convenience and not as matters requiring judicial notice.

DATED: November 10, 2026

SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES LLP

*/s/Wilmer J. Harris*

By: ___________________________________
Wilmer J. Harris
Amanda E. Johnson
*Attorneys for Plaintiff Attaullah Baig*