Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTAULLAH BAIG,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:25-CV-7604-LB<br><br>**DECLARATION OF WILMER J. HARRIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date: December 3, 2026<br>Time: 9:30 a.m.<br>Ctrm.: B, 15th Floor<br><br>Judge: Hon. Laurel Beeler, U.S. Magistrate Judge<br><br>Complaint filed: September 8, 2025<br>Trial date: Not Set |

I, Wilmer J. Harris, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner at Schonbrun Seplow Harris Hoffman & Zeldes LLP, counsel for Plaintiff Attaullah Baig. I have personal knowledge of the facts stated in this declaration and could testify to them if called.

2. Attached as **Exhibit A** is a true and correct copy of **Securities and Exchange Commission Press Release 2023-227, "SEC Charges SolarWinds and Chief Information Security Officer with Fraud, Internal Control Failures"** (Oct. 30, 2023), as printed from https://www.sec.gov/news/press-release/2023-227 on November 6, 2026.

3. Attached as **Exhibit B** is a true and correct copy of the press release of **the United States Attorney's Office for the Northern District of California, "Former Chief Security Officer Of Uber Sentenced To Three Years' Probation For Covering Up Data Breach Involving Millions Of Uber User Records"** (May 5, 2023), as printed from https://www.justice.gov/usao-ndca/pr/former-chief-security-officer-uber-sentenced-three-years-probation-covering-data on November 6, 2026.

4. Attached as **Exhibit C** is a true and correct copy of the announcement posted on the website of the United States District Court for the Northern District of California on **July 16, 2026, titled "U.S. Magistrate Judge Laurel Beeler to Conclude Judicial Service on November 12, 2026,"** as printed from https://cand.uscourts.gov/news/2026/07/16/us-magistrate-judge-laurel-beeler-conclude-judicial-service-november-12-2026 on November 6, 2026.

5. Attached as **Exhibit D** is a true and correct copy of the decision of **the Department of Labor Office of Administrative Law Judges in *Zinn v. American Commercial Lines Inc.*, ALJ Case No.: 2009-SOX-25 (ALJ Nov. 19, 2012)**, as obtained from the Department of Labor's website.

//

//

//

//

//

//

//

6. Attached as **Exhibit E** is a true and correct copy of the decision of the **Administrative Review Board in *Bobreski v. J. Givoo Consultants, Inc.*, ARB No. 09-057 (ARB June 24, 2011)**, as obtained from the Department of Labor's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2026, at South Pasadena, California.

*/s/ Wilmer J. Harris*

Wilmer J. Harris