Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
Amanda E. Johnson, SBN 342500
ajohnson@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Avenue, Suite A
South Pasadena, CA. 91030
Telephone: (626) 441-4129
Facsimile: (626) 283-5770

*Attorneys for Plaintiff, Attaullah Baig*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ATTAULLAH BAIG,

Plaintiff,

vs.

META PLATFORMS, INC., a corporation; PINAKI MUKERJI; MARK TSIMELZON; NITIN GUPTA; and DOES 1-10, inclusive,

Defendants.

Case No. 3:25-CV-07604-LB

**DECLARATION OF ATTAULLAH BAIG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

Date: December 3, 2026
Time: 9:30 a.m.
Ctrm.: B, 15th Floor

Judge: Hon. Laurel Beeler, U.S. Magistrate Judge

Complaint filed: September 8, 2025
Trial date: Not Set

I, Attaullah Baig, declare as follows:

1. I am the plaintiff in this action. I have personal knowledge of the facts stated in this declaration and could testify to them if called. I submit this declaration solely to authenticate two documents referred to in my opposition; nothing in it is offered to supplement the allegations of the Third Amended Complaint.

2. Attached as **Exhibit 1** is a true and correct copy, printed from my Meta email account, of the email I sent to Mark Zuckerberg, Jennifer Newstead, and Meta's Ethics and Compliance team on January 2, 2024, which is the same email Defendants filed as Exhibit C to the Declaration of Elena R. Baca. Exhibit 1 preserves the hyperlinks embedded in the original. In the original email, the words "Uber CISO" were a hyperlink to https://www.justice.gov/usao-ndca/pr/former-chief-security-officer-uber-sentenced-three-years-probation-covering-data, and the words "Solarwinds and their CISO" were a hyperlink to https://www.sec.gov/news/press-release/2023-227. Defendants' Exhibit C is a printout that shows the anchor words but not the links.

3. Attached as **Exhibit 2** are true and correct screenshots, which I took on November 1, 2026 by recreating the steps I followed in submitting my Forms TCR, of the first page of the Securities and Exchange Commission's online Form TCR ("Tips, Complaints, and Referrals"), showing the categories offered under the question "Please select the option that best describes your complaint" and the subcategories offered under "Please select the specific category that best describes your complaint" when the option "Material misstatement or omission in a company's public filings or financial statements, or a failure to file" is selected. As reflected in the SEC's confirmation of my first Form TCR, submitted on November 27, 2024, I selected that option and the specific category "False/misleading financial statements." To the best of my recollection, these are the same choices the form offered when I submitted my Forms TCR in November 2024.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2026, at Leander, Texas.

Attaullah

Attaullah Baig