# EXHIBIT 1

Outlook

**Retaliation re: Raising Cybersecurity Gaps with Leadership (Ethics and Compliance Issue)**

**From** Attaullah Baig <atbaig@meta.com>
**Date** Tue 1/2/2024 2:58 AM
**To** Ethics <ethics@meta.com>; Mark Zuckerberg <mz@meta.com>; Jennifer Newstead <jnewstead@meta.com>

Hi Mark, Jennifer and Ethics and Compliance team,

Apologies for this email in the new year. I didn't want to send it over the holidays.

# TL;DR

- I lead the WhatsApp Security team, and the team is severely understaffed to fulfill its mission to protect WhatsApp and its users.
- There are several serious cybersecurity gaps in WhatsApp.
- I have faced retaliation in the past for raising the cybersecurity gaps to leadership, which resulted in financial loss and emotional distress for me.
- Given the macro environment in the company at that time. I didn't have enough time to escalate the cybersecurity gaps or the retaliation, to the highest levels within the company.
- I am currently facing retaliation once again from the X-Sec team and my management.
- The X-Sec team is falsifying cybersecurity reports. Falsifying cybersecurity reports can result in criminal penalties
    - Uber CISO
    - Solarwinds and their CISO

*All document links below are copies of original documents which can help in a confidential investigation.

*P.S: A section on systemic issues that are preventing us from doing the right thing. This is from the eyes of a Meta employee (me) who loves to work here and do the right thing for the company.

# What are the Cybersecurity Gaps

Below is an example of how most cybersecurity data breaches occur

Either a malicious employee or an external attacker that has compromised the identity of a Meta Employee (who has access to user data), downloads a large number of user records onto their laptop and moves this data outside of Meta's corporate boundary via Google drive, WhatsApp, Signal, etc. We know that 60,000+ employees have access to sensitive user data. We know for fact that this attack is possible today.

Once the data is outside Meta's corporate boundary, it is legally considered a data breach. We have no defenses or protection against this type of attack. If we fail to remediate these gaps, we are not meeting our legal obligations from the 2020 FTC Order [refer to Section V].

A large-scale data breach will expose Meta, our users, and our investors to serious harm. Meta could lose billions of dollars in market cap, and we may face several regulatory penalties, lawsuits, etc.

# Systemic Issues Preventing us for Fixing These Gaps

- Meta is a great company to work for and we spend a lot on privacy
- However please note that it is one thing for regulators to accuse us of misusing user data, but it is much more damaging for the company, if we cannot safeguard user data and it is available publicly or on the dark web.
- We are not focusing enough on this problem relative to privacy e.g.: In WhatsApp there are a lot more people protecting WhatsApp user data from being accidentally used by Meta than there are people protecting WhatsApp user data from hackers.
- As per my observation, we don't have the talent, skillset, reward structure or org structure to address the gaps above.
- There are many inexperienced teams that are solving cybersecurity problems in the name of privacy, integrity, ML, registration, etc. As a result, our users are suffering and we have about 250K daily Account Takeovers (ATOs) in Facebook, 30K daily ATOs in WhatsApp, etc.
- In my experience with other companies, these problems are solved by security teams that have experience in this space and they report to the CISO / Head of Security.
- I also observed that most people are putting their PSC ahead of what is good for the company and our users. They are focusing on metrics such as "how many Meta employees did we catch this half that are spying on other Meta users?", "how many privacy incidents did we detect this half", etc.
- The cybersecurity attack mentioned above happens once in 10-20 years in the lifetime of a company. The work required to mitigate it cannot easily be quantified in a typical PSC metric.
- Fixing these systemic issues would require either a significant new investment of at least $100 million+ or a major re-prioritization, and possibly a major restructuring.

# Whistleblower Retaliation: Timeline of Events

- I joined Meta in January 2021 and started with WhatsApp soon after in February 2021.
- I requested a Red Team exercise (via my predecessor) for exfiltration of WhatsApp user data in May 2021.
- We completed the exercise and published our findings in October 2021.
- I raised the cybersecurity gaps above with my skip (Suren Verma) but was unsuccessful in getting his attention.
- As a follow up to the Twilio data breach of August 2022 (which involved WhatsApp user data), Will Cathcart (Head of WhatsApp) requested me to create a confidential report bypassing my management.
- I started facing retaliation from Suren, as soon as he saw a version of the above report.
- The retaliation continued until March 2023, and I suffered financial loss and emotional distress.
- Suren was re-orged from my management chain in May 2023.
- The retaliation paused and I along with my team continued to fix cybersecurity issues to the best of our ability with very limited staffing.
- We also started engaging with the X-Sec team in October 2022 to understand the accountability model between X-Sec and WhatsApp Security.
- I never got clear answers from X-Sec on who is accountable for what.
- Given the staffing shortage, I started working with the Internal Abuse Detection and Response (IDR) team within X-Sec, to secure assistance from them in terms of additional tooling, staffing, etc. to be able to detect and prevent a large-scale data breach.
- Things were going really in the beginning, and this is the feedback I received from the X-Sec team in June 2023 in the PSC tool.

***What are 1-2 things Attaullah is doing well? Consider their work and impact, and how they collaborated with you. Use***

***bullets and share specific examples and suggestions. ---------------------------------------------------------------------------***

- ***Sharing Business Context to inform priorities***
  - *Throughout H1 Attaullah did an excellent job informing our working group within XDR of the larger business and organizational contexts regarding WhatsApp Security. This context from Attaullah was critical to understanding what surfaces the XDR team should prioritize, and how to frame the work we are doing to the WhatsApp Org.*
- ***Advocating for internal alignment to support security initiatives***
  - *There are many pressing security priorities within the WhatsApp org, and given the tight headcount environment we are in, we have been prepared for challenging discussions on how to fund security initiatives. Attaullah did an effective job as a liaison between Security and WhatsApp contextualizing our work, how it relates to the privacy of our users, and why it should be staffed urgently. This alignment is helping unblock high priority detection and response projects that make WhatsApp users safer.*

***What are 1-2 things Attaullah could be doing better? Consider their work and impact, and how they collaborated with you.***

***Use bullets and share specific examples and suggestions. ---------------------------------------------------------------------------***

*It's been a pleasure working with Attaullah in H1 across a broad variety of WhatsApp security initiatives. The only constructive feedback I have is around communicating early and often around upcoming deadlines to avoid UBN work on the XDR side. Earlier in April we received a request for a one-pager outlining the current state and proposed work in ~24 hours, which required dropping other projects to quickly pull together the requested information.*

*With that being said, since this event we have been closely aligned with no other surprises. I could not be happier with the recent collaboration and visibility.*

- The IDR team then completed a security assessment of one small attack surface named the WhatsApp Admin Tool (a tool used by internal employees to administer WhatsApp user accounts).
- Their assessment and subsequent report however only focused on Insider Abuse and Detection, wherein an insider who has a relationship with a Meta user constantly spies on that user using internal tools (e.g., a Meta employee spying on a romantic partner).
- Their assessment and report did not mention anything about the cybersecurity gaps above including the possibility of large-scale data breaches by external third parties.
- We started having check-ins with Nitin Gupta (Head of Engineering for WhatsApp) and Guy Rosen (Chief Information Security Officer of Meta).
- We had our first check-in on July 17, 2023. The X-Sec team did not allow me to surface the gaps above in the pre-read document that the attendees of this meeting would receive, including Nitin and Guy.
- Prevented from reporting these concerns in the body of the pre-read itself, I left some comments in the pre-read asking for clarification on the priority of issues we are fixing as opposed to what we are not fixing, that is, clarification as to whether the X-Sec team was prioritizing internal abuse over external cyberthreats.
- One of the engineers from the IDR/X-Sec team (Gregory Heimbuecher) was very unhappy with my comments and met with me on July 18, 2023.
- Among other things, Gregory made the following statements to me about the comments I added to the pre-read:
  - *"Attaullah, don't be the guy that people hate to work with."*
  - *"You made us all look like idiots" by exposing our gaps.*
- We had our second check-in on Aug 30, 2023. The X-Sec team again did not allow me to report the gaps above in the pre-read.
- In the second check-in meeting, I verbally raised them in the meeting, by stating "It is one thing to detect if Guy has blocked me and am looking at Guy's WhatsApp profile, and it is a totally different thing to detect and stop me from taking a large number of user records from WhatsApp/Meta" and addressing these gaps is necessary to meet Meta's and WhatsApp's legal obligations from the 2020 FTC Consent Order.

- I also sent this 1:1 message to Guy right after this meeting

  *"Hi Guy - Thanks very much for spending time to secure WhatsApp user data which is accessible via WhatsApp Admin Tool. I am glad, we are making good progress by prioritizing logging, etc.*

  *On the detections side, I have been trying to ask the same question for sometime now. I am glad we agreed to have a detection workshop.*

  *For context the question am asking folks is*
  *What would keep you up at night?*
  *1. Me as an attacker looking at your WhatsApp profile which includes your Address Book, Group Membership, Last Known IP / Location, etc. vs*
  *2. Me taking 100 M+ WhatsApp user records containing the same set of information so I can sell this on dark web*

  *I understand we may not have the maturity to address the threat in (2), which is fine. Do we have this on the detection's roadmap?"*
- I met with the X-Sec team on September 11, 2023, to discuss cyberthreats.
- During this meeting the X-Sec team was suppressing me again from talking about cyberthreats and only wanted to talk about insider abuse.
- I politely asked Josh Ryder (Gregory's manager) a question: "What keeps you up at night?".
- He was very visibly unhappy with me and answered "you" "you think Meta doesn't have a comprehensive information security program" and he refused to address my concern.
- Given the collaboration challenges, I reached out to Gregory on October 4, 2023, so we could mutually exchange feedback and find a path forward. Gregory postponed our meeting.
- On October 18, 2023, Alan Thomas, an Employee Relations Business Partner reached out to me, and we met shortly thereafter.
- Alan shared that he got some feedback on me and shared this feedback verbally with me

  *"The three main points are:*
  - ** The feelings received from xfns after talking with you that they lack work proficiencies/acumen to work on and complete projects*
  - ** A general feeling that demands from you are being placed on them (XFNs) without sufficient notice and lead time to complete these milestones. Examples given were around asking for 24 hour turn arounds*
  - ** A sudden pivot in pre-established alignment and documentation regarding work that derails and surprises XFNs. No prior discussions happened to talk through these pivots."*
- Based on the feedback, I understood that it came from Gregory or someone in the X-Sec team, so I explained my experience to Alan, and the depth of the cybersecurity issues I wanted to raise but had been blocked from raising. This seemed to surprise him.
- Alan said he would send a recap of our whole conversation by email.

- Alan, however, later sent me an email recap with only the feedback that he received from the other party without mentioning what we discussed.
- This one-sided narrative got me concerned that Employee Relations also sought to suppress my reporting of the cybersecurity gaps.
- I exchanged a few emails with Alan on this topic. He has since connected me with another team that I am working with.
- In the meantime, I reached out to Chad Greene and asked for advice and feedback.
- Chad advised me not to bring up cyberthreats in the meetings with Nitin and Guy. I agreed. I privately shared my concern with Nitin and told him that I will not be bringing them up again in the next check-in.
- Steve Clarke reached out to me 1:1 and acknowledged that he fully understands the cybersecurity risks to the company but asked me not to bring them up in the meetings with Nitin and Guy. Steve also said he will be following up with me on the cyberthreats.
- We had our third check-in on October 30, 2023, and Nitin acknowledged the above cybersecurity gaps in that meeting.
- I published a vision for data security for WhatsApp.
- I reached out to Chad Greene, Steve Clarke, Chris Rohlf, and Bhavesh Mehta for feedback on this vision/strategy and I got no feedback from them and there were no follow ups on cyberthreats.
- I created several documents below to drive alignment
    - What success looks like between WhatsApp and IDR
    - Document to get alignment between X-Sec and WhatsApp on threat prioritization
    - Document to get alignment within WhatsApp on threat prioritization
- I reached out to ISSO-GRC to do an audit of the above cyberthreats.
- I reached out to Internal Audit to do an audit of the above cyberthreats.
- I have not heard back from either of these teams.
- The X-Sec team performed a Quarterly Security Assessment (QSR) for WhatsApp for Q3, 2023 and the cyberthreats listed above were missing.
- The X-Sec team (Michael Whiteman, Lucas Fisher, Chris Rohlf and others) reached out to me on December 8, 2023, for a prep meeting for the WhatsApp QSR for Q4, 2023.
- The pre-read this time again was missing the above cyberthreats. The X-Sec team coerced me to agree to this false security report.
- They wanted me to re-engage in another exercise with the IDR team on Internal Abuse without any mention of the above cyberthreats.
- I quoted Edward George, a Meta lawyer who suggested either Internal Audit or ISSO-GRC as the right team to do this type of an audit.
- I also said that in the cybersecurity world, the team that provides the solution doesn't audit themselves. This is against the cybersecurity norms and principles.
- Anthony Osborne reached out to me on December 12, 2023, and requested my support for a smooth WhatsApp Q4 QSR. Anthony did not say that I should not bring up the above cyberthreats.
- The topic of large-scale data breach came up in the chat group (of the QSR meeting to be held on Dec 14, 2023). Nitin Gupta and Guy Rosen were present in this chat group.
- Here are the two things I said in that chat group

Message 1:

*"@silent Thanks @Chad*

*The specific attack scenario we are talking about here is*
*Either a malicious employee or an attacker that has compromised the identity of a Meta Employee (who has access to user data), downloads a large number of user records onto their laptop and moves this data outside of Meta's corporate boundary via Google drive, WhatsApp, Signal, etc.*
*We know for fact that this attack is possible today. Once the data is out, it is legally considered a data breach. How can we detect, respond and prevent this type of an attack?. The typical industry standard for handling this type of an attack is to detect and respond within minutes. We would love to see, if this is captured in your roadmap."*

Message 2:
*"Thanks Steve for acknowledging the threat. I want to make sure I highlight the great collaboration our teams have. Among many things*
*1. We partnered closely with X-Sec on client application security and as a result WhatsApp app is the most secure app as measured my payouts on Zerodium*
*2. We recently launched(or in the process of launching) an industry standard VM management for WhatsApp*
*3. We partnered closely with Isaac Elbaz and team to get an approval from S-Circle to fund encryption at rest for ZippyDB (https://fb.workplace.com/groups/2155869527941535/permalink/2270049976523489/)*
*On the topic of Data Security / Data Breach*
*1. I want to make sure we separate out my passion from the legal obligations of the company*
*2. This topic dates back to 2021*
*3. We started re-engaging with X-Sec in October 2022 to clarify the accountability model for this*
*4. I am happy to chat 1:1 or have a separate discussion on this, but please note WhatsApp leadership is very much interested in looking at a committed roadmap from X-Sec on this topic"*
*5. We are going through our roadmap planning and this is the only red-line we have in our roadmap (https://docs.google.com/document/d/1qB21WwuRYHPtXpd3XgEhZRIPDd53XDSE70vX3i_qndo/edit)"*

- The X-Sec team reached out to my manager Pinaki Mukerji on December 14, 2023, after my messages in the chat group and shared strong negative unsolicited feedback about the meeting that happened on December 8, 2023. I wonder why they didn't bring it up before this date or in the meeting they had with me and Pinaki on Dec 12, 2023.
- Pinaki gave me strong negative verbal feedback on December 15, 2023.
- Pinaki has no prior experience in cybersecurity and privacy. Pinaki has in the past retaliated against me at the direction of my previous skip level manager Suren.
- I believe Pinaki is currently retaliating against me at the direction of X-Sec leadership (Chad Greene, Steve Clarke and Bhavesh Mehta).
- Pinaki sent me a follow-up email on Dec 26, 2023, falsely accusing me of numerous things.
- Here is the email Pinaki sent to me.

*"Hi Attaullah,*

*Thanks for the chat on Friday, 12/15. As mentioned during that call, I continue to receive unsolicited feedback regarding your XFN collaboration which is concerning because we have discussed M1 Engineering Manager expectations and behaviors previously.*

***Focus areas:***

*Collaboration*

*Strategy*

*During a meeting with XFNs, as the EM of WhatsApp Security, you were tasked with a focus of engagement around insider abuse of user data where your reaction was to not participate in developing a threat model for WhatsApp Infra. You mentioned specifically in that meeting that you did not trust that team. After observing your reaction, the XFN team dropped the large scale data exfil from the QSR. As you know, this is a critical priority for WhatsApp as well as for the FOA.*

*Your lack of participation has implications across the XFN teams that share the decision-making responsibilities in this space. Furthermore, you did not engage in conversations with me to discuss your concerns prior to raising them with the XFN team and refusing to engage with them. According to the feedback, your method of communication delayed the broader security strategy across X-Sec and WhatsApp to quickly detect and prevent large scale data exfil.*

*I personally continue to see collaboration challenges that we have been discussing throughout the year. As an example, the collaboration challenges in prioritization with the Admin Tool Team in July/August. Additionally, last week's conversation with Nitin, Dick, you and me discussing the disconnect between the joint prioritization and my observations around collaboration challenges regarding the large data exfil with the XDR team which resulted from the lack of trust and respect for that team.*

*The expectation we continue to talk about is to hold the M1 bar in stakeholder management. My expectation here is that you generate processes and mechanisms to close the gaps above and we'll discuss it in our next 1:1 on Jan 19 2024.*

*Thanks,*

*Pinaki"*

- Among many other false accusations, the X-Sec team is saying "*your method of communication delayed the broader security strategy across X-Sec and WhatsApp to quickly detect and prevent large scale data exfil*"
  - This is a false accusation.
  - The X-Sec team and my management have been aware of the cyberthreats since at least September 2021.
  - As mentioned above in the systemic issues section, we need a significant change to mitigate the risk of a large-scale data breach.
- I will discuss the rest of the email with Pinaki and/or my skip Nitin and/or my ERBP.

# Conclusion

Given the seriousness of the ongoing cybersecurity gaps, it concerns me that the X-Sec team have repeatedly attempted to prevent me from surfacing these gaps to Nitin and Guy, who have the authority within their organizations to help the company address these gaps. And when I refused to be silenced, I was reported to Employee Relations, and then they shared unsolicited strong false negative feedback with my manager as tactics to intimidate me into silence.

The X-Sec team is 400+ people, and I remain concerned that my management is acting on their feedback. I have solid documented evidence as listed above in numerous internal docs, that can prove my attempts to raise and remediate these cybersecurity gaps.

The X-Sec team and Pinaki are painting a pattern of uncooperativeness, when I am simply trying to remediate the serious cybersecurity gaps that can harm Meta, its users, and its investors. I see this as an abuse of the feedback and the performance management system and as a retaliation against me for raising concerns about these cybersecurity gaps.

Thanks