# EXHIBIT 2

# Tips, Complaints, and Referrals

1 What is your complaint about? — 2 Who are you complaining about? — 3 Which investment products are involved? — 4 About you — 5 Attach Files — 6 Review and Submit — 7 Complete

## 1 of 7 What is your complaint about?

Fields marked with an asterisk (*) are required.

Please select the option that best describes your complaint.

- ○ Fraudulent investment scheme, such as a Ponzi scheme or the promise of high-yield returns
- ○ Unregistered securities offering
- ○ General trading practices or pricing issues
- ○ Manipulation of a security
- ○ Insider trading
- ○ Material misstatement or omission in a company's public filings or financial statements, or a failure to file
- ○ Municipal securities transactions or public pension plans
- ○ Specific market event or condition
- ○ Bribery of, or improper payments to, foreign officials (Foreign Corrupt Practices Act Violations)
- ○ Initial coin offerings, cryptocurrencies and crypto assets
- ○ Other

- ◯ Municipal securities transactions or public pension plans
- ◯ Specific market event or condition
- ◯ Bribery of, or improper payments to, foreign officials (Foreign Corrupt Practices Act Violations)
- ◯ Initial coin offerings, cryptocurrencies and crypto assets
- ◯ Other

Please select the specific category that best describes your complaint.

Select

- Select
- Audit
- Conflicts of interest by management
- Corporate governance
- Executive compensation
- Failure to file reports
- Failure to notify shareholders of corporate events
- False/misleading financial statements
- False/misleading offering documents
- False/misleading press release
- False/misleading proxy materials
- Going private transactions
- Internal Controls/Books and Records
- Mergers and acquisitions
- Proxy materials/prospectus
- Reverse stock splits
- Selective disclosure - Regulation FD
- Shareholder proposals
- Tender offers

al formatting, please attach a document in